**FILED**

**MAY 1 9 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADEL HASSAN HAMAD                )
Camp Delta Guantanamo Bay        )
Washington, D.C. 20355           )
                                 )
             Petitioner          )
                                 )
       v.                        )
                                 )
GEORGE W. BUSH,                  )
President of the United States   )
                                 )
DONALD RUMSFELD,                 )
Secretary, United States Department )
of Defense                       )
                                 )
ARMY BRIG. GEN. JAY HOOD         )
Commander, Joint Task Force-     )
GTMO                             )
                                 )
ARMY COL. BRICE GYURISKO         )
Commander, Joint Detention       )
Operations Group, JTF - GTMO     )

Leave to file without
Prepayment of Cost **GRANTED**

*Royce C. Lamberth*

Civil Action No.

CASE NUMBER: 105CV1009

JUDGE: ROYCE C. LAMBERTH

DECK TYPE: HABEAS CORPUS/2255

DATE: MAY 18, 2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 0...
1979

**PETITIONER: Adel Hassan Hamad**     Date: 23 March 2005

I request from your honorable court to look into my request with consideration and that is that I object to my detention at the Guantanamo Bay, Cuba detention camp as an enemy combatant.
Therefore I wish to file a petition for a Writ of Habeas Corpus.

With my appreciation and my respect to you and my trust that you will do me justice.

**NOTE: This is not an official translation**

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1009

ISN 940

GUAN-2005-1 0████
1979
940

PETITIONER: (DETAINEE'S NAME)

عادل حسن حمد

ألتمس من محكمتكم الموقرة النظر في طلبي هذا بعين الإعتبار وهو أنني أعترض على إحتجازي بمعسكر الإحتجاز بجوانتانامو باي، كوبا، كمقاتل عدو فإنني أريد أن أقدم عريضة "Writ of Habeus Corpus"

مع تقديري وإحترامي لكم و ثقتي بأنكم ستنصفونني.

Signed: _____   Date: 23-3-2005

ATCH 1

ISN 940