CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADEL HASSAN HAMAD                    )
                                     )
                                     )
                                     )
                     Plaintiff       )
          v.                         )        Civil Case Number 05-1009 (JDB)
                                     )
                                     )
                                     )
GEORGE W. BUSH, President of the     )        Category G
   United States, et al.             )
                     Defendant       )

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 9, 2005</u>, from <u>Judge Royce C.</u>

<u>Lamberth</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Lamberth</u> & Courtroom Deputy
       <u>Judge Bates</u> & Courtroom Deputy
       Chair, Calendar and Case Management Committee
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk
       Statistical Clerk