UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ )<br>)<br>)<br>*In re* Guantanamo Detainee Cases )<br>)<br>)<br>)<br>_____ ) | Civil Action Nos.<br><br>05-CV-1008  05-CV-1013  05-CV-0884<br>05-CV-0890  05-CV-1241  05-CV-1487<br>05-CV-1000  05-CV-1235  05-CV-0997<br>05-CV-1490  05-CV-0889  05-CV-1237<br>05-CV-1001  05-CV-1012  05-CV-0880<br>05-CV-0882  05-CV-0885  05-CV-1243<br>05-CV-0995  05-CV-0878  05-CV-1311<br>05-CV-1244  05-CV-0888  05-CV-1238<br>05-CV-0892  05-CV-1242  05-CV-1492<br>05-CV-1240  05-CV-0994  05-CV-1009<br>05-CV-1233  05-CV-1239  05-CV-1310<br>05-CV-1010  05-CV-1312  05-CV-1236<br>05-CV-0887  05-CV-0881  05-CV-1246<br>05-CV-1491  05-CV-0877  05-CV-0996<br>05-CV-1011  05-CV-0886  05-CV-1002<br>05-CV-1234  05-CV-0998  05-CV-0993<br>05-CV-1489  05-CV-0891  05-CV-0879<br>05-CV-0883  05-CV-1493  05-CV-0999 |

## ORDER

In the interest of facilitating the appointment of counsel in the above-captioned cases, pursuant to the agreement of the Judges of this Court acting in Executive Session, September 13, 2005, it is hereby

ORDERED that the Federal Defender Offices listed on the attached schedule are appointed to represent the petitioners in the respective cases, and that the individual attorneys from the Federal Defender offices who will represent the petitioners in each case shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**

October 5, 2005                                      _____/s/_____
                                                     Thomas F. Hogan
                                                     Chief Judge