Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel: 503-326-2123
Fax: 503-326-5524
patrick_ehlers@fd.org
Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>     Petitioner,<br><br> v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>     Respondents. | CV 05-1009 JDB<br><br>NOTICE OF APPEARANCE |

  Patrick Ehlers, Assistant Federal Public Defender, hereby gives notice of his appearance in this Court on behalf of Petitioner Adel Hassan Hamad.

  Respectfully submitted this 2nd day of November, 2005.

               /s/ Patrick Ehlers
               Patrick Ehlers
               Assistant Federal Defender