Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:  503-326-5524
steve_wax@fd.org
Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>                              Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>                    Respondents. | CV 05-1009 JDB |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C.

Page 1 MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL
SECURITY INFORMATION

§ 641; 50 U.S.C. § 783; 28 C.F.R. § 17, et seq; and Executive Order 12958; I understand

that I may be the recipient of information and documents that belong to the United States

and concern the present and future security of the United States, and that such documents

and information together with the methods and sources of collecting it are classified by the

United States government. In consideration for the disclosure of classified information and

documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct

or any other means, such classified documents and information unless specifically

authorized in writing to do so by an authorized representative of the United States

government, or as expressly authorized by the Protective Order entered in the United

States District Court for the District of Columbia in the case captioned Adel Hassan Hamad

v. George W. Bush, Civil Action No. 05-CV-1009 JDB.

(2)     I agree that this Memorandum of Understanding and any other non-

disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the

United States District Court for the District of Columbia in the case captioned Adel Hassan

Hamad v. George W. Bush, Civil Action No. 05-CV-1009 JDB and I agree to comply with

the provisions thereof.

_____     DATE: _11/7/05_____

Steven T. Wax
Federal Public Defender

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Adel Hassan Hamad v. George W. Bush</u>, Civil Action No. 05-CV-1009 JDB ,understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order.  The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:_____11/7/05_____          BY:    Steven T. Wax
                                        Federal Public Defender

                                 SIGNED:_____

**Page 3  MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL
SECURITY INFORMATION**