Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,**<br><br>                              Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,**<br><br>                              Respondents. | CV 05-1009 JDB<br><br>ADDENDUM TO EMERGENCY MOTION AND SUPPORTING MEMORANDUM TO COMPEL EXPEDITED PROCESSING OF SECURITY CLEARANCES TO FACILITATE ATTORNEY-CLIENT ACCESS AND MOTION FOR TELEPHONIC HEARING TO ASSIST IN PROMPT RESOLUTION OF ACCESS ISSUE |

Pursuant to LCvR 7(m), counsel for Petitioner contacted opposing counsel, Andrew Warden, and was informed that the Respondents object to the *Emergency Motion and Supporting Memorandum to Compel Expedited Processing of Security Clearances to*

*Facilitate Attorney-Client Access and Motion for Telephonic Hearing to Assist in Prompt Resolution of Access Issue* filed in this case.

Respectfully submitted November 18, 2005.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender


/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender