Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>     Petitioner,<br><br>  v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>     Respondents. | CV 05-1009 JDB |

**UNOPPOSED MOTION TO ENTER PROTECTIVE ORDERS DATED NOVEMBER 8, 2004; NOVEMBER 10, 2004; AND DECEMBER 13, 2004**

  Counsel for Petitioner, Federal Public Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby move the Court to enter into the record

Page 1 UNOPPOSED MOTION TO ENTER PROTECTIVE ORDERS

of the instant case the protective orders issued previously in *In Re Guantanamo Detainees*, that are referenced in this Court's order of June 27, 2005. Counsel have been advised that the government encourages, and does not oppose, entry of the protective orders into all cases involving Guantanamo detainee petitioners.

With this motion counsel acknowledge and agree to abide by the protective orders as indicated previously by counsel in the Memorandum of Understanding filed in this case on November 7, 2005. While making this acknowledgment and agreement, counsel for Petitioner reserve the right to make future legal challenges to the propriety of said protective orders if deemed appropriate.

Respectfully submitted on December 9, 2005.

      /s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

      /s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender