UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1009 (JDB) |

### ORDER

Upon consideration of petitioner's unopposed motion for an order entering the protective and supplemental orders previously entered in related cases, and the entire record herein, it is this 12th day of December, 2005, hereby

**ORDERED** that the motion is **GRANTED**.  The Court enters by way of reference the protective order and supplemental orders previously entered in In Re Guantanamo Detainee Cases, Civil Action No. 02-0299 (D.D.C. 2004), by Judge Joyce Hens Green.  These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and the Order Supplementing and Amending the Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004.

                                                        /s/    John D. Bates
                                                            JOHN D. BATES
                                       United States District Judge

Copies to:

Patrick J. Ehlers
FEDERAL PUBLIC DEFENDER-DISTRICT OF OREGON
101 SW Main Street
Suite 1700
Portland, OR 97239
US
(503) 279-4291
Fax: (503) 326-5524
Email: Patrick_Ehlers@fd.org

Steven T. Wax
OFFICE OF THE FEDERAL PUBLIC DEFENDER
101 SW Main Street
Suite 1700
Portland, OR 97204
US
(503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

*Counsel for petitioner*

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov

*Counsel for respondents*