Steven T. Wax, OSB #85012
Federal Public Defender
Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>                              Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>                              Respondents. | CV 05-1009 JDB<br><br>MOTION REQUIRING COMPLIANCE WITH RULE 23 AND PRELIMINARY INJUNCTION FOR 30-DAY NOTICE OF INTENT TO TRANSFER |

Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby moves the Court for an order pursuant to Federal Rule of Appellate Procedure

23 requiring Respondents to seek advance authorization by the Court prior to transferring or forcibly repatriating him from Guantánamo Bay Naval Base in Cuba.

Alternatively, Petitioner requests a preliminary injunction requiring that the Respondents provide 30-day advance notice to the Court and counsel for the Petitioner prior to transferring him or forcibly repatriating him from Guantánamo Bay Naval Base in Cuba so that counsel has an opportunity to consult with Petitioner to determine whether Petitioner objects to transfer or repatriation. The Petitioner supports this request based on the reasons set forth in the memorandum of support filed contemporaneously with this motion.

Pursuant to LCvR 7(m), counsel for Petitioner contacted opposing counsel, Andrew Warden, and was informed that the Respondents object to the filing of this motion.

Respectfully submitted this 14th day of December, 2005.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Patrick Ehlers
Patrick Ehlers
Assistant Federal Defender