IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADEL HASSAN HAMAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1009 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Production of Factual Return, it is

hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents' obligation to

produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act

of 2005 on this case.

IT IS SO ORDERED.


Dated: _____         _____

United States District Judge