

"Mcpalmer, Teresa A CDR Code 14" <teresa.mcpalmer@navy.mil>

02/02/2006 09:05 AM

To "Agnieszka Fryszman" <afryszman@cmht.com>, "Alan Pfeuffer" <Alan_Pfeuffer@fd.org>, "Alan Sussman" <sussman@bard.edu>, "Amy Baggio"

cc

bcc

Subject COUNSEL SUBMISSION FOR ARB 2

Ladies and gentlemen,
The Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) informs you of your opportunity to provide input regarding your client for review and consideration by the 2006 Administrative Review Boards (ARBs). If you submitted matters to the ARB process last year on behalf of your client, those matters are already part of your client's records and will be considered by the 2006 ARB. There is no need for you to resubmit the same or similar documents. If you have new information that will aid the ARBs in assessing the threat your client may continue to pose to the U.S. or its allies, you can submit that information through the process described in the attached fact sheet. The Privilege Review Team must receive your submission no later than 24 February 2006; OARDEC cannot guarantee that materials received after that date will be included in the ARB hearings. Please note that the OARDEC Legal Advisor will acknowledge receipt of your submission but will not be able to answer any substantive or procedural questions about your client's ARB last year or this year.
Sincerely,
Terri McPalmer
CDR, JAGC, U.S. Navy


COUNSEL SUBMISSION FACT SHEET FOR ARB 2.pdf