Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,**<br><br>                     **Petitioner,**<br><br>    v.<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,**<br><br>                     **Respondents.** | CV 05-1009 JDB<br><br>**STATEMENT OF UNDERSTANDING BY COUNSEL REGARDING COURT ORDER** |

On December 28, 2005, the Court ordered that Respondent shall produce a factual return for Petitioner and provide that factual return to Petitioner's counsel and to the Court by not later than May 1, 2006.  On February 2, 2006, Respondent filed a motion to stay production of the factual return that the Court had ordered disclosed.  The following day, on February 3, 2006 the Court issued a notice indicating that all pending motions be held

in abeyance until the conclusion of certain related litigation in the United States Court of Appeals for the District of Columbia Circuit.

In light of the Court's Notice of February 3, 2006, it is the understanding of undersigned counsel that the Court's December 28, 2005, order for disclosure of the factual return remains in effect, that Respondent's motion to stay production of the return remains in abeyance, and that Petitioner need not file any response to said motion during the abeyance period. Should the Court indicate otherwise, undersigned counsel will file a motion opposing Respondent's motion to stay production of the factual return.

Respectfully submitted February 9, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender


/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender