Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>                  Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>                  Respondents. | CV 05-1009 JDB<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

      Petitioner Adel Hassan Hamad, through his attorneys, Federal Public Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby responds to the Court's order of July 19, 2006, to show cause why the motions docketed as numbers

Page 1 RESPONSE TO ORDER TO SHOW CAUSE

30 and 31 should not be dismissed and terminated as moot in light of the government's production of the factual return in this case, and the termination f the motion docketed as number 27 as follows. Petitioner agrees that there is no longer a need for a court ruling on document 27. While Mr. Hamad believes that the government should be required to provide him additional information, the relief sought in pleadings 30 and 31 was relatively narrow based on the timing issues and he agrees that there is no longer a need for the Court to rule on those pleadings. Mr. Hamad has, however, filed herewith a Motion for Discovery.

Respectfully submitted this 2nd day of August, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender