**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADEL HASSAN HAMAD,** | **CV 05-1009 JDB** |
| **Petitioner,** | |
| **v.** | **ORDER GRANTING MOTION TO** |
| | **LIFT OR MODIFY STAY FOR** |
| **GEORGE W. BUSH, DONALD** | **CONSIDERATION OF MOTION FOR** |
| **RUMSFELD, JAY HOOD, and BRICE** | **PARTIAL SUMMARY JUDGMENT** |
| **GYURISKO,** | |
| **Respondents.** | |

IT IS HEREBY ORDERED that the Stay previously entered in this matter is lifted.

ORDERED this _____ day of September, 2006.

_____

Honorable John D. Bates
United States District Court Judge

Submitted by:

/s/ Steven T. Wax_____
Steven T. Wax
Federal Public Defender

/s/ Patrick J. Ehlers_____
Patrick J. Ehlers
Assistant Federal Public Defender