IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>        Petitioner,<br><br>  v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>        Respondents. | CV 05-1009 JDB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY ORDERED that Petitioner's Motion for Summary Judgment is granted and Respondents are ordered to release Mr. Hamad forthwith.

  IT IS FURTHER ORDERED that Respondents are directed to repatriate Mr. Hamad to the Republic of Sudan as expeditiously as possible.

  IT IS FURTHER ORDERED that if Respondents are not able to effectuate Mr. Hamad's immediate repatriation, that he be permitted to reside under reasonable supervisory conditions within the continental territory of the United States.

  ORDERED this ____ day of September, 2006.

                   _____
                   Honorable John D. Bates
                   United States District Court Judge

Submitted by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender