# EXHIBIT 6

# Oath Forms of:

EXHIBIT 6.1

Dr. Najib

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 2, 2006
LOCATION: KABUL, Afghanistan.
NAME OF WITNESS:
ADDRESS: DR NAJEEBULLAH ZADRAN, Isteqlal Hospital Kabul
Trauma Surgeon
PHONE/CELL NUMBER: 0799411174

**OATH/AFFIRMATION:**

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

به نام الله قسم یاد می کنم (و) یا تاکید می کنم که آنچه در بیانیه خود در تاریخ ذکر شده در بالا گفته ام حقیقت است.

_Signature_
Signature of witness
امضای شاهد

# EXHIBIT 6.2

## Dr. Sailani

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 7, 2006
LOCATION: Kabul, Afghanistan.
NAME OF WITNESS: Dr. Mohammed Sharif P. Saibani
ADDRESS: Indira Gandhi Institute of child health

PHONE/CELL NUMBER: 0799340925

تاريخ: اسد _____ 2006
محل: کابل _____ افغانستان
نام شاهد: داکتر محمد شريف ثيباني
شماره تلفون/مبايل: 0799340925

## OATH/AFFIRMATION:

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

سوگند/تأييد:
به نام خدا(ج) سوگند ياد ميکنم که آنچه در بيانيه ام در تاريخ فوق الذکر بيان کرده ام حقيقت است.

Signature of witness
امضا شاهد

EXHIBIT 6.3

Dr. Roghman

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 9th, 2006  تاريخ: ـــــــــــ 2006
LOCATION: JalalAbad, Afghanistan.  موقعيت: ـــــــــــ
NAME OF WITNESS: Dr. Samiullah Rahman  نام شاهد: ـــــــــــ
ADDRESS: Chowk Mukhaberat, JelalAbad city, Nangarhar province, AFGHANISTAN.  آدرس / موقعيت مسكن: ـــــــــــ
PHONE/CELL NUMBER: 0700682892
Sami_roghman@hotmail.com
S_roghman@yahoo.com

**OATH/AFFIRMATION:**  سوگند / تأكيد:

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

به نام الله (ج) سوگند ياد مى كنم كه آنچه در بيانيه ام در تاريخ فوق ذكر نموده ام حقيقت است.

_____
Signature of witness
امضاء شاهد

# EXHIBIT 6.4

# Hakim Nasiry

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 5, 2006
LOCATION: Kabul, Afghanistan.
NAME OF WITNESS: Abu-Hakim Nasiry

ADDRESS: _____

PHONE/CELL NUMBER: _____

## OATH/AFFIRMATION:

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

قسم/ سوگند

من به نام الله (ج) قسم یاد میکنم که بیانیه ام در تاریخ مذکور در فوق داده ام حقیقت است.

_____
Signature of witness
امضاء شاهد

التاريخ: ٥ أغسطس ٢٠٠٦
الموقع: كابول، أفغانستان
اسم الشاهد: عبد الحكيم نصيري

العنوان: _____

رقم الهاتف/الموبايل: _____

# EXHIBIT 6.5

# Engineer Naquibudin

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 5, 2006
LOCATION: Kabul, Afghanistan.
NAME OF WITNESS: Eng Nagib Ullah
ADDRESS: Kabul Khair khana mina khisht Hospital

PHONE/CELL NUMBER: 0799568055

## OATH/AFFIRMATION:

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

بسم الله الرحمن الرحيم اقسم بالله العظيم أن ما قلته في بياني المذكور أعلاه في التاريخ المذكور هو الحقيقة.

Signature of witness: [signature] امضاء شاهد

# EXHIBIT 6.6

# Engineer Ishmael

Re: *Adel Hassan Hamad v. George W. Bush, et al.* Case No. 05-1009 JDB

DATE: August 10, 2006
LOCATION: Peshawar, Afghanistan.
NAME OF WITNESS: Engr. Ismail
ADDRESS: Bilal Lane Achab Road, Peshawar

PHONE/CELL NUMBER: 0585086

## OATH/AFFIRMATION:

I swear/affirm by Allah that what I say in my statement given on the date set forth above is true.

قسم أو يمين: أنا أقسم/أؤكد بالله أن ما ذكرت في بياني المبين أعلاه صحيح.

Signature of witness
إمضاء الشاهد

أسم الشاهد:
موقع:
تاريخ: ————— 2006

# EXHIBIT 7

## DVD Video Statements

## (FILED SEPARATELY)

### EXHIBIT 7.1 - Dr. Najib
(Disc One Chap. 1.1)

### EXHIBIT 7.2 - Dr. Sailani
(Disc One Chap. 1.2)

### EXHIBIT 7.3 - Dr. Roghman
(Disc One Chap. 1.3)

### EXHIBIT 7.4 - Hakim Nasiry
(Disc One Chap. 1.4)