# EXHIBIT 11.1



Hamad's home on Bilal Lane, Peshawar, Pakistan, August 10, 2006