# EXHIBIT 11.2

# Death Certificate
# (Attachment 2 to affidavit)

# ATTACHMENT 2

| | |
|---|---|
| مجانا / FREE | جمهورية السودان<br>وزارة الصحة الاتحادية<br>المركز القومي للمعلومات الصحية<br>A    № 776011<br>شهادة وفاة — DEATH CERTIFICATE |

State ............... ولاية الخرطوم    Province محافظة الخرطوم    Mahalia ............... المحلة ...............

Name of Deceased ............... الاسم: عثمان أحمد عثمان نصر ...............

Age ............... العمر ............... Sex ذكر / أنثى : ذكر    Time of Death ساعة الوفاة ............... Religion الديانة مسلم

Nationality الجنسية سوداني    Place of Death محل الوفاة مستشفى ............... Residence محل الإقامة الخرطوم

Date of Death in Figures    تاريخ الوفاة بالأرقام ............... ٦/٧/٢٠٠٣

Date of Death in Block Letters    تاريخ الوفاة بالحروف السادس من يوليو العام ٢٠٠٣

Occupation المهنة ...............    Marital Status الحالة الزوجية متزوج    Place of Birth محل الميلاد ...............

Cause of Death سبب الوفاة ...............

1) (a) Disease or condition directly leading to death (due to, or as a consequence of) ...............
   المرض أو الحالة المؤدية مباشرة لأسباب الوفاة أو مترتبة عليه ...............

   (b) Antecedent cause (due to, or as a consequence of) ...............
   الأسباب الأخرى السابقة على الوفاة ...............

   (c) Morbid conditions if any, giving rise to the above cause, stating the underlying condition last ...............
   الحالات المرضية إذا وجدت والتي أدت إلى السبب المذكور ...............

(II) Other significant conditions contributing to the death, but not related to the disease or condition causing it.
   مضاعفات أخرى ساعدت على الوفاة ولكن لا علاقة لها بالمرض أو الحالة المسبب لـه.

Reg. No. ............... نمرة التسجيل ...............    Page No. ............... نمرة الصفحة ...............

Name of the Informer of the Death    اسم المبلغ عن الوفاة ...............

Name of Issuing Office    مكان إصدار الشهادة ...............    Name of the Registrar اسم المسجل ...............

Signature of the Registrar    أمضاء محرر الشهادة ...............    Date of Issue تاريخ تحرير الشهادة ...............

Signature of Medical Officer    أمضاء الطبيب ...............

**The Republic of the Sudan**
**The Unionist Ministry of Health**
The National Center for Health Information

Record of Registration of birth and death No. 7
A    No. 776011

## DEATH CERTIFICATE

Mahalia (area): Sharq an-Neel / East of the Nile
Province: al-Khartoum
State: al-Khartoum
**Name of Deceased: Uthman Ahmad Uthman Nasr**
**Age: 66**
Sex: Male
Time of Death: 3:25 AM
Religion: Muslim
Nationality: Sudanese
Place of Death: al-Khartoum Hospital
Residence: al-Jareef Sharq / al-Jareef East
**Date of Death in Figures: 7/6/2002 AD**
Date of Death in Block Letters:  Sixth of July, two thousand and two
Cause of Death: Sudden stoppage of the heart and the breathing
I)     (a) Disease or condition directly leading to death (due to or as a consequence of): Blood clot from in the brain.
       (b) Antecedent cause due to, or as a consequence of: .......
       (c) Morbid conditions if any giving rise to the above
       cause stating the underlying condition last: .....
II)    Other significant conditions contributing to the death, but not related to the disease or condition causing it: .....
Page No. 776011
Registration No.: .....
Name of the Informer of the Death:
        al-Shaykh Kamal al-Deen Sayyid Ahmad
Name of the Registrar: .....
Name of Issuing Office: ......
**Date of Issue: 7/6/2002 AD**
Signature of the Registrar:
Signature of Medical Officer (M.D.).

EXHIBIT 11.3

Receipt from WAMY
(attachment 3 to affidavit)

# ATTACHMENT 3

الشيخ ابو سماد :

① 683 دولار عبارة
عن بيع اغراض بيت
ابو دهانه

② 500 دولار صنعناه
جاء من شهر قسمنه
له في الملكية

* المجموع / 1183 دولار -
تصل لعائلة الشيخ ابو دهانه
مع بشرى . . . جميل

# Receipt

**Brother Abo Asmaa':**

1) $683.00 for selling the house belongings of **Abo Dijaanah**.
2) $500.00 wages for one month owed to him that remained in the office.

Total $1183.

To be delivered to the family of brother Abo Dijaanah.

Thank you.
Signature

* Abo Asmaa' was the office financial manager.
* Abo Dijaanah is the nickname of Adil Hassan Hamad.
* The document was signed by Abo Hadheefah, the office director.

# EXHIBIT 11.4

## Photograph of Mr. Hamad and two daughters (attachment 4 to affidavit)

# ATTACHMENT 4