# EXHIBIT 11.4

Case 1:05-cv-01009-UNA     Document 60-2     Filed 10/17/2006     Page 1 of 2



Adel Hassan Hamad with his daughters, Zaynab and Tasneem, Peshawar, Pakistan, July 1998.