# EXHIBIT 11.5

# Declaration of Translation

# DECLARATION OF TRANSLATION

I, **Dirgham H. Sbait**, acting as translator for the Federal Public Defender for the District of Oregon, hereby certify that this translation into **English** of the original document/s, written in **Arabic** (excluding minor typographical errors in the Arabic origin), is a true, accurate, and complete translation with no additions, subtractions, or other alterations.

Date: **9/19/2006**

**Dirgham H. Sbait (ph.D.)**
Translator's Name

*[signature]*
Translator's Signature

# EXHIBIT 11.6

## Arabic version of Affidavit of Salwa Othman with attachments

FROM : ABU SEGOOD                    FAX NO. : 00249 183172036           Sep 16 2006 08:51PM P1





| Dr. Sheikh Eldin Shiddo | دكتور/ شيخ الدين شدو |
|---|---|
| Associate Prof. Legal Expert | أستاذ جامعي وخبير قانوني |
| Advocate & Commissioner for Oaths | المحامـــي والموثــق |
| Khartoum North – Albaladia Avenue | الخرطوم بحري – شارع البلدية |
| Kamil Amin Building – Flat 12 | عمارة كامل أمين شقة [ ١٢ ] |
| Fax : 249 – 13- 335254 | فاكس: ٣٣٥٢٥٤ ١٣ ٢٤٩ |
| Residence : 339916 – 231364 | منزل: ٣٣٩٩١٦ – ٢٣١٣٦٤ موبايل: ٠١٢٢٣٦٩٥٥ |
| Mobile : 012236955 | |

<div dir="rtl">

**إقـــرار مشفــوع باليمــين**

انا/ سلوى عثمان احمد عثمان بكامل قواي العقلية وحالتي المعتبرة شرعا وقانونا واهليتي القانونية وبمحض ارادتي واختياري اقر وانا على اليمين بان:

١. اسمي/ سلوى عثمان احمد عثمان زوجة عادل حسن حمد المحتجز من قبل الولايات المتحدة في السجن العسكري في كوبا لقد طلب منّي المحامين المرافعين عن زوجي تزويد هـذه الافـادة وذلك لتزويد معلومات عن حياتي مع عادل حسن حمد ، ووضعنا الحالي . زوجي رجل طيب وما عمـل أي شـيء ليضرّ امريكا . انيّ اطلب من الولايات المتحدة ان تنظر الى البينة في قضيته وتطلق سراحه باسرع ما يمكن .

٢. لقد نشأت في ضاحية من الخرطوم ، السودان اسمها الجريف شرق وهي على مسافة ٤٥ دقيقـــة مـــن مركز المدينة ودرست في مدرسة الخير حاج موسى في الجريف والتي تركتها في عمر ١٩ ، وذلك قبـل التخرج وفي سنة ١٩٨٧ قابل السيد حمد عائلتي وطلب يدي للزواج في ذلك الوقت كان عادل عمل في باكستان حيث كان يعمل مدرسا لــ"غار حراء" وهي جمعية خيرية كانت تدير مدرسة ايتام قـد تـم تمويلها من دولة قطر وكان السيد حمد قد درس الدبلوم في التبريد والتكييف في مصر ولكنــه واجــه المصاعب في ايجاد عمل يعطي دخلا جيدا في السودان وكثير من ابناء السودان يجدون مصاعب فـي الحصول على عمل يعطي دخلا جيدا في السودان . ومعظم ابناء السودان يفتشون عن عمل في بلـدان اخرى مثل العربية السعودية لان هناك وظائف اكثر واجورا افضل .

٣. السيد حمد وانا تزوجنا في ٨/٦/١٩٨٧ وفي تموز ١٩٨٧ سافرنا الى باكستان حتى يقدر عـادل ان يرجع الى عمله في التدريس في مدرسة الايتام والتي كانت في قرية اسمها يـابي وكانـت وظيفـة عادل مدرسا للصف الاول وكان يدرس اللغة العربية ، الاغاني التقليدية والقرآن ، اشتغل عادل فـي مدرسة الايتام في يابي من سنة ١٩٨٧ الى سنة ١٩٩٣ كمدرس وبعدها اصبح محاسبا لنفس المدرسـة وذلك بعد ان لاحظت الجمعية الخيرية ان عادل كان جيدا في المحاسبة وان عنده بعض التدريب في تلك الناحية وبقى عادل في المدرسة يعمل في المحاسبة حتى سنة ١٩٩٧ تقريبا عندما تـم تسـريحه من عمله لعدم توفر الدعم المالي في نقطة معينة الدعم المالي لمدرسة الايتام قد تغير عندما بدأ عـادل يعمل هناك كانت دولة قطر راعية المدرسة ولكن ذلك تغير لاحقا الى لجنة الدعوة وهي جمعية خيرية مكفولة ماليا من الكويت .

صفحة ١ افادة تحت القسم من سلوى عثمان احمد عثمان .

</div>



٤. عادل تأكد دائما انه كانت لدينا جوازات سفر رسمية والوثائق القانونية الصحيحة لافراد العائلة للسكن في باكستان وكذلك تأشيرات عمل له ليكون هناك وفي افغانستان عندما كان عنده عمل هناك .

٥. واحد من اعمال عادل كمحاسب كان ان يذهب الى مكتب الاقليم في بشاور ويستلم الرواتب وبعدها يسلم الشيكات لموظفي المدرسة . كان هناك ١٢ استاذا تقريبا طباخ ١ او ٢ ، ٢ او ٣ من الحراس ، ٢ او ٣ من السواقين ، وعدد اخر قليل من الموظفين العاملين في المدرسة عدد من الموظفين كانوا ناسا محليين وكانت المدرسة مهتمة بتدريس الايتام وطلبة اخرين من المنطقة المحلية .

٦. فيما يتعلق بحياتنا الشخصية ، كانت هادئة مستقرة وعادية وعندها حصل اول فرح وكان ذلك ولادة زينب ابنتنا الاولى والتي ولدت في ١٩٨٨/٤/١٥ في بشاور باكستان كان فرح عادل بولادتها عظيما وعندما كانت زينب ابنة ثلاثة اشهر ذهبنا الى السودان لاجازة صيفية وكان ذلك في ١٩٨٨/٧/١١ تقريبا وبعد ذلك رجعنا الى باكستان في ايلول ١٩٨٨م.

٧. كان عادل رجلا محبوبا بطبيعته كان لطيفا وجلب السعادة للاخرين خاصة لاطفال الميتم وبالطبع لاطفاله بالذات في البيت ووفر لبناته كل ما احتجن اليه وعندما ولدت تسنيم ابنتنا الثانية في ١٩٩٠/١/٣٠ اصبحنا سعيدين اكثر لولادتها ، لانه صار لنا الآن ابنتان جميلتان زينب وتسنيم وعندما حان الوقت وبدأت زينب دراستها في الروضة اصبحنا منهمكين معها كثيرا خاصة فيما يتعلق بدراستها وعندها ولدت ابنتنا الثالثة مريم في ١٩٩٤/٨/٢٩ والعائلة كانت سعيدة جدا كانت فرحتنا هائلة خاصة لانه صارت اخت اخرى لزينب وتسنيم يلعبن معها .

٨. من سنة ١٩٩٧ حتى سنة ١٩٩٩ طلب مدير "الدعوة" من عادل ان يشتغل في المكتب الاقليمي في بشاور وهكذا انتقلت العائلة من بابي الى بشاور كانت وظيفة عادل في المكتب الاقليمي هي المحاسبة واستقبال الزائرين للمكتب اشتغل عادل هناك حتى صار واحدا من ٥ موظفين سرحوا من العمل لعدم توفر الدعم المالي وتقريبا في هذا الوقت ولد لنا طفل اخر محمد الذي توفي بعد عشرة اشهر فقط وقبل ان يجد عادل وظيفة اخرى ذات دوام كامل اشتغل في اعمال عرضية مثل شراء وبيع العفش وعشنا في دخلها ومن التعويض المالي الذي تقاضاه عندما فقد وظيفته كان عادل يشتري بضائع رخيصة في السوق ويبيعها

صفحة ٢ افادة تحت القسم من سلوى عثمان احمد عثمان .

مع ربح قليل واشترى عادل كذلك اشياء بالجملة من اثاث البيوت من اشخاص تركوا بيوتهم وباعها بالفرق والدخل من هذا المصدر ما كان عاديا وفكر في الرجوع الى السودان ولكن السنة المدرسية كانت في منتصفها ولذلك قررنا ان نؤجل رحلتنا حتى نهاية السنة الدراسية وذلك لمصلحة البنات زينب وتسنيم ومريم .

٩. بعد ما سرح عادل من عمله فتش عن وظيفة ذات دوام كامل واخيرا قبل من "و ا م ي" الندوة العالمية للشباب الاسلامي لوظيفة ادارية لمستشفى كانت تديره الندوة في شمكاني افغانستان في ذلك الوقت كان محمد المصطفى مدير المكتب الاقليمي وكان مراد المدير في جدة وعندما تقدم عادل بالطلب للوظيفة كان عليه ان يتكلم مع المدير في جدة وهو الذي قام بالقرار النهائي لتعيينه وتم تعيين عادل في آب ٢٠٠٠ وبعد ان حصل عادل على الوظيفة مع "الندوة العالمية للشباب الاسلامي" وبعد عشرة ايام تقريبا ذهب عادل للعمل مباشرة في شمكاني افغانستان وبقيت انا في بيت مستأجر في بشاور حتى تستمر البنات في الذهاب الى المدرسة كان يعمل ٢٥ يوما في الشهر عادة ويأخذ عطلة لخمسة ايام في الشهر كان يسافر الى شمكاني بسيارة تابعة لـ "و ا م ي" وكان السائق افغانيا كانت الرحلة تأخذ يومين كاملين واستمر في الجيئة والذهوب الى العمل حتى ولادة ابنتنا رحمة في مستشفى الجواهر في مدينة تاون في ٢٢/٤/٢٠٠١م .

١٠. عشنا في عدد من البيوت في بشاور واخرها كان البيت المستأجر في بشاور والذي كان واقعا على بلال لين وعشت مع اطفالي في الطابق العلوي من الدار وكان الطابق السفلي مستأجرا من قبل عامر ممار لاجئ من الجزائر واهتم زوجي بدفع اجار البيت الذي كان يدفعه في الوقت المحدد وما كانت عندنا اية مشكلة عندما كنا نعيش في هذه الدار – صورة للدار – والتي زودنا بها محامو عادل مرفقة طيه لهذه الافادة كملحق (١) .

١١. استمر هذا الروتين حتى الهجوم على الولايات المتحدة في ١١ سبتمبر/ ايلول ٢٠٠١ في ذلك الوقت اعلم كل الاجانب العاملين مع منظمات غير حكومية في افغانستان بان يتركوا لانه لم يعد المكان هناك امينا اكثر وكثير من الافغان تركوا المنطقة كذلك لانه لم يعد مؤمونا اكثر وكان زوجي واحدا من الاجانب الاخيرين الذين تركوا افغانستان عن طريق الحدود المحلية واستمر عادل بالعمل مع "و ا م ي" ولكن غالبا في المكتب الاقليمي في بشاور باكستان وبهذا العمل انهمك عادل بشراء الطعام والملابس والخيام وحاجات اخرى للعدد الكبير من اللاجئين الذين قطعوا الحدود من افغانستان وقام عادل برحلات

صفحة ٦ لافادة تحت القسم من سلوى عثمان احمد عثمان .

عادية الى لاهو باكستان لشراء المؤونات وخلال واحدة من هذه الرحلات كان لعادل اصطدام سيارة لكن ولحسن الحظ ما اصيب عادل جديا مع هذا كان عليه ان يبقى يده اليمنى معصبة لاسبوعين استمر عمل اغاثة اللاجئين ذلك حتى 6/11/2002 عندما عدنا كل افراد العائلة للسودان لاجازتنا الصيفية في ذلك الوقت عادل وانا قررنا ان امكث انا والبنات في السودان لان الثقافة المتوفرة في السودان كانت افضل بكثير من باكستان وكان ذلك الامر مهما خاصة لزينب حيث كانت ستبدأ دراستها الثانوية . في ذلك الوقت عادل وانا بحثنا مستقبل العائلة لان وضعنا المالي كان افضل في باكستان ولكن الثقافة كانت افضل في السودان في اخر الامر قرر عادل ان يرجع الى باكستان لفترة قصيرة تماما يقوم بتسوية شؤوننا كليا وحالئذ يرجع للسودان نهائيا .

12. لسوء الحظ وخلال اجازتنا توفي والدي عثمان احمد نصر بتاريخ 6/7/2002 كان مريضا من الشلل لسنوات عديدة واخيرا توفي من سكتة في القلب نسخة من شهادة وفاة والدي مرفقة طيه كملحق (2) .

13. وقبل الرجوع الى باكستان اتصل عادل مع مكتب "و ا م ي" في بشاور مدير المكتب ابو حذيفة ابلغ عادل بان هناك حاجة لعودته للعمل وعليه رجع الى باكستان بتاريخ 14/7/2002 تقريبا وبعد ذلك ما سمعت اكثر من زوجي الا بعد 8 شهور لاحقا عندما استلمت رسالة منه عن طريق الصليب الاحمر تقول انه تم احتجازه من قبل الامريكان وانه في السجن وفي 30/7/2003 حضر رجل يعمل مع "و ا م ي" ومعه الاجور المتبقية لعادل عند "و ا م ي" وثمن مبيع ممتلكاتنا في دارنا المستأجرة في بشاور وقدم لنا ذلك الرجل ايصالا اعتقد انه موقع من قبل مدير مكتب "و ا م ي" في بشاور ابو حذيفة نسخة من هذا الايصال مرفقة طيه كملحق (3) .

14. خلال الفترة التي لا يزال عادل محتجزا لا تزال الحياة صعبة لي واطفالي عندما تركت باكستان سنة 2002 كنت حاملا ببنتنا فداء في الشهر الثاني والتي ولدت في 29/1/2003 وقد توفت فداء في 7/8/2003 بعد ان كان عندها مرض في شقتها ومع اننا نبقى احياء بمساعدة العائلة ولكنه صعب علينا بدون وجود عادل ليدعم عائلته وعدم وجود الفلوس .

15. مرفقة طيه لهذه الشهادة صورة عادل حمد مع ابنتيه زينب وتسنيم كملحق (4) اخذت هذه الصورة في تموز 1998م في بشاور بباكستان .

د.

صفحة 6 من 8 تحت القسم من سلوى عثمان احمد عثمان .



١٦. حسب ما اعلم ما قام زوجي باي عمل ضد امريكا ابدا وما عبر عن اية اراء ضد امريكا لم يكن عادل عضو الطالبان او القاعدة ما قام عادل باي شيء سوى محاولته مساعدة الايتام الافغان اللاجئين والناس الذين كانوا بحاجة لمساعدة طبية ليس عادل رجلا عنيفا انه رجل عائلة طيب حيث اعتنى بي وببناته عناية جيدة وفوق كل شيء هو انسان لطيف وظريف يحب الضحك وقول النكات اني اصلي ان يسمح لعادل بالعودة لي ولاطفاله باسرع ما يمكن .

### المقرة

سلوى عثمان
سلوى عثمان احمد عثمان

بطاقة شخصية بالرقم:٠٩٦٧٥٧٨ صادرة بتاريخ:٧/سبتمبر/٢٠٠٦م بالخرطوم

تسكن الخرطوم بحري

### الشهود

١/ عادل الطيب احمد ادم                    ٢/ منصور حماد ابراهيم

بطاقة شخصية:٠٦١٠٥ صادرة بتاريخ:١٧/مارس/٢٠٠٤    بطاقة شخصية:١٢٠٧٢ صادرة

صادرة بالخرطوم بحري    بتاريخ: ٢٠٠٤/٩/١ تجديد امدرمان

### توثيق شرعي ٢٠٠٦/٤/م

لدي انا/ د. شيخ الدين شدو المحامي وموثق القسم، المرخص رسميا حسب قوانين جمهورية السودان الاسلامية ، سلوى عثمان احمد عثمان حضرت امامي شخصيا هذا اليوم الثامن عشر من سبتمبر ٢٠٠٦م بعد ان اقسمت بالله (اني اقسم بالله واشهد بان ما قلته اعلاه هو الصدق) . وكان ذلك في حضور شاهديها اعلاه بعد ان تليت عليها جميعا محتويات هذا الاقرار وافهمتهم به ووقعوا عليه جميعهم امامي .

صدر تحت ختمي وتوقيعي في هذا اليوم الثامن عشر من سبتمبر ٢٠٠٦م بمكتبي بالخرطوم بحري جمهورية السودان .

توقيع موثق القسم

د. شيخ الدين شدو
المحامي وموثق القسم
الخرطوم بحري

- ٥ -