# EXHIBIT 11.6



Hamad's home
on Bilal Lane,
Peshawar, Pakistan,
August 10, 2006