ABUSOGOD---IK SERVICES         PHONE NO. :          Apr. 20 2006 05:15PM P1

| | |
|---|---|
| مجانا FREE | جمهورية السودان<br>وزارة الصحة الاتحادية<br>المركز القومي للمعلومات الصحية |

A    № 776011

DEATH CERTIFICATE    شهادة وفاة

State _____ ولاية الخرطوم    Province _____ محافظة الخرطوم    Mahalia _____ مركز الخرطوم

Name of Deceased _____ الاسم القومي _____ عثمان احمد عثمان نصر

Age _____ العمر _____ Sex _____ النوع : ذكر / انثى _____ Time of Death _____ ساعة الوفاة _____ Religion _____ الديانة مسلم

Nationality _____ الجنسية سوداني _____ Place of Death _____ محل الوفاة مستشفى _____ Residence _____ محل اقامته الخرطوم

Date of Death in Figures _____ تاريخ الوفاة بالارقام _____

Date of Death in Block Letters _____ تاريخ الوفاة بالحروف _____

Place of Birth _____ محل الميلاد _____ Marital Status _____ حالته الزواجية متزوج _____ Occupation _____ المهنة _____

Cause of Death _____ سبب الوفاة _____

I). (a) Disease or condition directly leading to death (due to, or as a consequence of) _____
المرض أو الحالة المؤدية مباشرة لأسباب الوفاة أو مترتبة عليه _____

(b) Antecedent cause (due to, or as a consequence of) _____
الأسباب الأخرى السابقة على الوفاة _____

(c). Morbid conditions if any, giving rise to the above cause, stating the underlying condition, last _____
الحالات المرضية إذا وجدت والتي أدت الى السبب المذكور _____

(II). Other significant conditions contributing to the death, but not related to the disease or condition causing it
مضاعفات أخرى ساعدت على الوفاة ولكن لا علاقة لها بالمرض أو الحالة المسبب له.

Reg. No. _____ نمرة التسجيل _____    Page No. _____ نمرة الصفحة _____

Name of the Informer of the Death _____ اسم المبلغ عن الوفاة _____

Name of Issuing Office _____ مكان اصدار الشهادة _____    Name of the Registrar _____ اسم المسجل _____

Signature of the Registrar _____ امضاء محرر الشهادة _____    Date of Issue _____ تاريخ تحرير الشهادة _____

Signature of Medicinal Officer _____ امضاء الطبيب _____

<a>
</a>


شيخ ابو اسماء :

① 683 دولار عبارة عن بيع اغراض بيت ابو رهان

② 500 دولار مستحقات جائزة شهر فبضعه له في المكتب

* المجموع / 1183 دولار

تصل لعائلة الشيخ ابو رهان مع الشكر .. جميل