# EXHIBIT 11.6
# part 2



Adel Hassan Hamad with his daughters, Zaynab and Tasneem, Peshawar, Pakistan, July 1998.