# EXHIBIT 12

Case 1:05-cv-01009-UNA    Document 60-7    Filed 10/17/2006    Page 1 of 2

