# EXHIBIT 14.1



عادل - نسيبة - سهيلة - رفيدة - اسمهان