# EXHIBIT 14.2



اسرته : زينب ـ رحمة ـ سلوى ـ تسنيم ـ مريم