# EXHIBIT 14.3

