# EXHIBIT 15.1

# United Nations High Commissioner for Refugees letter of commendation for healthcare services

