# EXHIBIT 15.2

## WAMY earthquake relief activities

