# EXHIBIT 15.3

## WAMY earthquake relief activities

