# EXHIBIT 15.4

## WAMY earthquake relief activities

