# EXHIBIT 15.5

## Staff at WAMY hospital in Chamkani

