# EXHIBIT 15.6

## Dr. Najib at ultrasound machine in WAMY hospital in Chamkani



Ultra Sound Facilities in the "WAMY" General Hospital