# EXHIBIT 15.7

## Dr. Najib in operating theater in WAMY hospital in Chamkani

