# EXHIBIT 15.8

## Laboratory facilities in WAMY hospital in Chamkani



Laboratory Facilities in the "WAMY" General Hospital