# EXHIBIT 15.9

## X-ray facilities at WAMY hospital in Chamkani



(X-Ray) Facilities in the "WAMY" General Hospital