# EXHIBIT 17

# WAMY Documents

# EXHIBIT 17.1

# World Assembly of Muslim Youth orphan school in Afghanistan photograph

