EXHIBIT 17.2

Photograph of signing of protocol between WAMY and Ministry of Labor and Social Affairs



Pic shows
Signature of Help protocol
Between Mintry of Labor and
Social Affairs and, WAMYn