# EXHIBIT 17.3

## Photograph of WAMY water project and school



