# EXHIBIT 17.4

Islamic Republic of Afghanistan Ministry of Economy to Ministry of Education document asking WAMY for books and supplies for schools

جمهوری اسلامی افغانستان
وزارت اقتصاد
ریاست انجوها
امریت عمومی ثبت و راجستر انجوها
امریت ثبت و راجستر انجوهای خارجی

دافغانستان اسلامی جمهوریت
دافتصاد وزارت
دانجوگانو ریاست
د ثبت او راجستر لوی امریت
د بهرنیو انجیو گانو د ثبت امریت

Islamic Republic of Afghanistan
Ministry of Economy

نمبر: ۴۷
تاریخ: ۲۰/۱/۱۳۸۵

بوزارت محترم معارف !

مکتوب نمبر 9 دک موسسه محترم ( wamy ) واصل و نگاشته اند :
اداره موسسه wamy که د, شماره 127 وزارت محترم اقتصاد ثبت و راجستر میباشد طی درخواست جداگانه عنوانی وزارت محترم معارف, تقاضای توزیع کتب برای پرورشگاه های ولایات سرد سیر ( کابل – وردک - لوگر) که تحت پوشش موسسه فراهم دارند نموده اند.
بنا وزارت محترم معارف در زمینه خواهان تصدیق ثبت و راجسترموسسه شدند بدینوسیله احتراما درخواست مینماییم تا از ثبت وراجستر موسسه wamy تصدیق نموده ممنون سازید .

موسسه محترم wamy طی مصوبه مورخ 1384/9/1 کمیسیون عالی ارزیابی ثبت و راجستر موسسات غیر دولتی به شماره 127 ثبت مجدد گردید.
وزارت اقتصاد صرف از ثبت و راجستر موسسه متذکره تصدیق مینماید.

با احترام

دیپلوم انجنیر شیر محمد ( جامی زاده )
معین اداری وزارت اقتصاد

# EXHIBIT 17.5

## Islamic Republic of Afghanistan Ministry of Labor and Social Affairs document



جمهوری اسلامی افغانستان
Republic Islamic of Afghanistan
وزارت کار و امور اجتماعی
Ministry of labor and social Affairs
ریاست دفتر
Office Department

نمبر: ۶۹
تاریخ: ۱۲/۵/۱۳۸۵

به وزارت محترم معارف :

مکتوب نمبر (8) مؤرخ 85/1/6 اسامبله جهانی جوانان مسلمان (وامی) به شرح ذیل مواصلت ورزیده است :

مؤسسه وامی که یک اداره خیریه و عام المنفعه بوده در شماره (127) وزارت محترم اقتصاد ثبت و راجستر است و پروتوکول همکاری با وزارت محترم کار و امور اجتماعی دارد

چون سال تعلیمی 1385 هش آغازگردید و به تعداد چار پرورشگاه این مؤسسه که در ولایات سرد سیر موقعیت دارد به کتب درسی ضرورت دارد. امیدواریم قسمی که لازم میدانید موضوع را به وزارت محترم معارف تحریر نمایید تا کتب درسی طرف ضرورت شاگردان پرورشگاه را بدسترس اداره مؤسسه (وامی) قراربدهند

ازینکه مؤسسه متذکره ثبت و راجستر شده وزارت محترم اقتصاد بوده و بین وزارت نیز پروتوکول همکاری عقد نموده است و پیشبرد دروس شاگردان شامل در مؤسسه متذکره مطابق نصاب تعلیمی آن وزارت میباشد

بنابر مراتب احتراماً بآن وزارت محترم نگاشته شد امید به سلسله همکاری متداوم خویش در قسمت توزیع کتب درسی مطابق لست مرتبه مؤسسه متذکره به ریاست های محترم معارف ولایات مربوط هدایت لازم اصدار فرمایند

وزارت کار و امور اجتماعی از همکاری شما در زمینه قبلاً ابراز سپاس و امتنان مینماید

بااحترام
استاد واصل نور (مهمند)
معین امور اجتماعی