# EXHIBIT 17.6

## Protocol between Afghan government and WAMY

*Protocol Between WAMY and Afg Governments*

پروتوکول همکاری بین وزارت کاروامور اجتماعی جمهوری اسلامی افغانستان ومؤسسه الندوة العالیة للشباب الاسلامی در رابطه به فعالیت های تعلیمی این مؤسسه

موقعیت مؤسسه الندوة العالیة للشباب الاسلامی

دفتر مرکزی : عربستان سعودی    خانه نمبر B-۲٦۲ سرک ۵۳ ساحه F۱۰/٤

دفتر ساحوی: اسلام آباد - خانه نمبر A ۲۱- سرک ۲۵- ساحه F۸/۲

دفتر منطقوی کابل : حصه دوم خیرخانه مینه خشت اوخنیف، چوک لیسه مریم، نمبر خانه ۵۲٦۳.

دفتر منطقوی جلال آباد : مرکز الندوة - مسجد گمبزی، سرک انگور باغ

مقدمه :

مؤسسه خیریه بین المللی الندوة العالیة للشباب الاسلامی یک مؤسسه غیر دولتی بوده که در شماره (۱۹۰-۲٤۸) مؤرخ ۱٤۲۲/۲/۱۳ هـ ش مطابق ۲۰۰۱/۵/٦ در وزارت محترم اقتصاد ثبت وراجستر میباشد و وجوه مالی برای تطبیق پروژه های تعلیمی در ظرف یک سال مبلغ ۵۲٤۳۰٤ دالر امریکائی بالغ میگردد بودجه وسرمایه این مؤسسه از طریق مساعدت انفرادی مردم کشور عربستان سعودی تمویل میگردد.

هدف ومرام این پروتوکول :

هدف اساسی مؤسسه الندوة العالیة للشباب الاسلامی مساعدت بلاعوض به مردم افغانستان به منظور پیشبرد تعلیم وتربیه یتیمان احیاء وبازسازی پرورشگاه های وزارت کاروامور اجتماعی جمهوری اسلامی افغانستان میباشد.

مکلفیت ها ومسؤلیت ها

الف : مکلفیت های مؤسسه الندوة العالیة للشباب الاسلامی :

ماده اول

الندوة لعالیة للشباب الاسلامی مکلف است تا تمام قوانین نافذه جمهوری اسلامی افغانستان را رعایت نموده، اعتقادات اسلامی، مذهبی وعنعنات ملی وفرهنگی مردم افغانستان را احترام نماید وخلاف مصالح اسلامی وملی کشور فعالیت انجام ندهند.

ماده دوم

بر مبنای این پروتوکول مؤسسه الندوة العالیة للشباب الاسلامی بتعداد (۱۰) باب پرورشگاه که را در ولایات مختلف افغانستان ( کابل، وردک، لوگر، جلال آباد وکنر )

1

مطابق اساسنامه وحجم مالی خویش کمک مینماید که اسماء پرورشگاه ها و موقعیت آنها ذیلاً تحریر است.

**لست پرورشگاه های ده گانه مؤسسه وامی وموقعیت آنها در ولایات مختلف افغانستان**

| شماره | پرورشگاه | موقعیت | |
|---|---|---|---|
| | | ولسوالی | ولایت |
| ۱ | مرکز الندوة | جلال آباد | ننگرهار |
| ۲ | استاد خلیل الله خلیلی | خیرخانه مینه | کابل |
| ۳ | مولانا یعقوب چرخی | پل علم | لوگر |
| ۴ | سلطان محمود غزنوی | سید آباد- وتری | وردک |
| ۵ | آزاد خان | سید آباد | وردک |
| ۶ | گل پاچاه الفت | رودات | ننگرهار |
| ۷ | خواجه عبدالله انصاری | مهمندره- باسول | ننگرهار |
| ۸ | سنایی | غنی خیل | ننگرهار |
| ۹ | غزالی | بتی کوت | ننگرهار |
| ۱۰ | سید جمال الدین افغانی | نرنگ | کنر |

**ماده سوم**

مؤسسه متعهد است ماهانه مبلغ (۴۳۰۰) کلدار برای مدیر مکتب، مبلغ (۳۵۰۰) کلدار برای استادان و مبلغ (۲۲۰۰) کلدار برای پرسونل خدماتی معاشات تادیه نماید. وپول متذکره فوق مطابق دساتیر جمهوری اسلامی از جانب مؤسسه به نرخ روز به افغانی تبدیل وبه حضور داشت هیئت مؤسسه برای پرسونل توزیع میگردد.

**ماده چهارم**

مؤسسه الندوة العالیة للشباب الاسلامی مکلف است تا در پرورشگاه های مربوطه اش نصاب تعلیمی وتدریسی وزارت معارف جمهوری اسلامی افغانستان را تطبیق نماید.

**ماده پنجم**

مؤسسه الندوة العالیة للشباب بعد از سپری شدن سه ماه معاینات صحی طلاب را تکمیل میکند.

2

ماده ششم

مؤسسه الندوة العالية للشباب مکلف است تا وسایل تعلیمی از قبیل مواد تعلیمی وسایل کمکی تعلیمی وممد تعلیمی را تهیه وتدارک نموده واز طریق وزارت کار وامور اجتماعی (ریاست های ذیربط) به محضر هیئت مؤسسه توزیع نماید ویک کاپی از لست اجناس وتجهیزات تهیه شده را به وزارت کار وامور اجتماعی ارسال میدارد.

ماده هفتم

مؤسسه الندوة العالية للشباب مکلف است پرورشگاه های را که کمک میکند بعد از ختم کار پروژه ها در افغانستان با تمام اشیاء مواد تعلیمی تجهیزات، لوازم و وسایلیکه از طریق مؤسسات ونهاد های بین المللی کمک شده است طبق قوانین نافذه به جمهوری اسلامی افغانستان به محضر هیئت طرفین تسلیم نماید.

ماده هشتم

مؤسسه الندوة العالية للشباب مکلف است مطابق تعهدات خویش که دراین پروتوکول درج است اجراات نماید.

ماده نهم

متعلیمن شامل پرورشگاه ها با در نظر داشت مقرره پرورشگاه ها شامل مکاتب وزارت معارف جمهوری اسلامی افغانستان شده واز تمام امتیازات مانند سایر متعلیمن مکاتب مستفید گردد.

ماده دهم

عزل ونصب استادان ومامورین با در نظر داشت درجه تحصیل، شایستگی و پشت کار در امور اداری ومالی پرورشگاه ها بعد از حصول معرفی نامه وزارت کاروامور اجتماعی ویا ریاست کاروامور اجتماعی در ولایات با توافق جانبین صورت میگیرد.

ماده یازدهم

مؤسسه الندوة العالية للشباب مکلف است بعد از گذشت شش ماه ودر اخیر سال تعلیمی راپور فعالیت های انجام یافته خویش را به شمول مصارفات مالی در مرکز به وزارت کاروامور اجتماعی تقدیم نماید.

ب : مکلفیت های وزارت کاروامور اجتماعی جمهوری اسلامی افغانستان :

ماده اول

کنترول، تفتیش و نظارت از تمام قوانین فعالیت های تعلیمی مؤسسه از طرف وزارت کاروامور اجتماعی صورت میگیرد.

3

### ماده دوم

امتحانات طبق لایحه تدریسات ابتدائی وتدریسات ثانوی وزارت معارف اخذ میگردد ونتایج امتحانات سه کاپی ترتیب شده یک کاپی به اداره پرورشگاه یک کاپی به ریاست مربوطه معارف ولایات ویک کاپی رسماً به مرکز وزارت معارف ارسال گردد.

### ماده سوم

وزارت کار وامور اجتماعی ویا ریاست های کاروامور اجتماعی ولایات مکلف است تا در زمینه بازدید از پرورشگاه ها را برای پرسونل مؤسسه الندوة مساعد ساخته وتسهیلات لازم را فراهم سازد.

### ماده چهارم

وزارت کار وامور اجتماعی در موارد ذیل طبق قوانین نافذه جمهوری اسلامی افغانستان تسهیلات لازم را به پرسونل مؤسسه الندوة فراهم خواهد ساخت.

۱. تدارک وتهیه زمین برای ساختمان پرورشگاه ها ومکاتب در مرکز و ولایات.
۲. تسهیلات گمرکی در تورید وسایل وتجهیزاتیکه از خارج کشور وارد میگردد.
۳. تسهیلات ویزه برای اتباع خارجی مؤسسه هنگام بازدید شان از پروژه های تعلیمی.
۴. عرضه خدمات به پرسونل از طریق ارگانهای دولتی.

### ماده پنجم

به رسمیت شناختن پرورشگاه های مربوط مؤسسه الندوة وپذیرفتن شهادتنامه های آن مانند سایر مراکز تعلیمی وزارت معارف جمهوری اسلامی افغانستان.

### ماده ششم

وزارت کار وامور اجتماعی افغانستان مصؤنیت پرسونل مؤسسه را که بدوش ادارات امنیتی میباشد بعد از عقد این پروتوکول به ادارات امنیتی رسماً اطلاع میدهد.

### ماده هفتم

در صورت بروز مشکلات که دراین پروتوکول گنجانیده نشده به موافقه طرفین مطابق قوانین نافذه جمهوری اسلامی افغانستان حل وفصل میگردد.

### ماده هشتم

در مورد فسخ پروتوکول هذا سه ماه قبل طرفین یکدیگر را مطلع میسازند.

### ماده نهم

پروتوکول هذا به لسان دری ترتیب گردیده است.

4

ماده دهم

این پروتوکول بعد از منظوری مقام وزارت کار و امور اجتماعی برای یک سال تمام از تاریخ ۳۰/ ۴ / ۱۳۸۴ هـ ش الی ۳۰/٤/ ۱۳۸۵ هـ ش مطابق ۲۱/۷/ ۲۰۰۵ م الی ۲۱/۷/۲۰۰۶ اعتبار دارد.

<div style="display: flex; justify-content: space-between;">
<div>

رئیس مؤسسه الندوة
العالمية للشباب الاسلامى

اسم فخر الدين
امضاء
تاریخ

</div>
<div>

استاد واصل نور ( مهمند )
معین امور اجتماعی

اسم
امضاء
تاریخ

</div>
</div>

5