# EXHIBIT 17.7

Saudi Arabian certification of WAMY as an NGO



*Royal Embassy of Saudi Arabia*
*Islamabad*



## TO WHOM IT MAY CONCERN

The Royal Embassy of Saudi Arabia in Islamabad is pleased to certify that World Assembly of Muslim Youth, (WAMY), is a non-Governmental Organization officially registered in the Kingdom and has its Headquarters in Riyadh. It organizes programs and facilitates activities involving muslim youth all over the world in the Educational, Cultural, Social, Health and Sport fields. It cooperates also with similar Organizations as well as other Organizations serving the Muslims in general.

H.E. Dr. Maneh Al-Johani is its present Secretary General and the person responsible both inside and outside the Kingdom for its activities and he holds authority to delegate various administrative assignments to persons he feels fit in different countries.

As such this Embassy has no objection to WAMY'S CONTINUING ITS ACTIVITIES IN THE Islamic Republic of Pakistan.

This certificate is being issued on the request of the Secretary General of WAMY.



# EXHIBIT 17.8

# Letter of support to WAMY from United Nations High Commissioner for Refugees

**UNHCR**
United Nations High Commissioner for Refugees
Haut Commissariat des Nations Unies pour les réfugiés

UNHCR

1, Gul Mohar Lane, P.O. Box 767,   Tel: +92-91-8423758...
University Town, Peshawar,   Fax: +92-91-8421028...
Pakistan   Email: pakpe@unhcr.ch

04/Pesh/Prog/118

4 August 2004

## Letter of Support

I have the pleasure in writing this Letter of Support in favor of the World Assembly of Muslim Youth (WAMY).

WAMY has been an implementing partner of the United Nations High Commissioner for Refugees (UNHCR) in the North-Western Frontier Province (NWFP) since 2002.

UNHCR wishes to express its gratitude and appreciation to WAMY for the humanitarian assistance, most notably, the commendable primary health care it provided to the Afghan refugees in Old Bagzai camp, Kurram Tribal Agency. Special mention deserves for the contributions made in the health sector, an investment that will yield long-term benefits for the Afghan population. The agency's health services were terminated in June 2004 when UNHCR and the Government of Pakistan agreed to cease all assistance in the new camps.

It was a pleasure to work with.

With best regards.

Ahmed Warsame
Senior Program Officer,
UNHCR Sub Office Peshawar

# EXHIBIT 17.9

# World Food Program letter of agreement with WAMY for 1/1/2000 through 12/31/2000



AGR. NO. 5



# WORLD FOOD PROGRAMME
## LETTER OF AGREEMENT
(Transportation and handling provided by WFP)

| Project Title: | **Orphanage Feeding.** |
|---|---|
| Project Number: | **AFG/HSO/J/029/2000/1001/IF/WAMY** |

Upon signature of this agreement, the World Food Programme (WFP) and **World Assembly of Muslim Youth (YAMY)** (Hereinafter referred to as the implementing partner) agree to collaborate according to the terms outlined in the attached project proposal for the **ORPHANGE FEEDING, Narang districts of Kunnar provinces.**

This agreement is valid from **01" January 2000** until **31" December 2000**

### Responsibilities of WFP

**1. Food Ration**

1.1 Subject to the availability of resources, WFP will provide the implementing partner with the total commodities indicated below:

| Beneficiaries: | 260 orphans and 20 support staff |
|---|---|
| Commodity: | Mixed Food |
| Total Food Requirement: | 40.992 MT |

1.2 Commodities will be delivered in installments jointly agreed upon by WFP and the implementing partner.

**2. Transportation**

2.1 WFP agrees to deliver the said quantities of commodities to the delivery point in Afghanistan **as per the agreed upon schedule** *(indicated by the implementing partner).*

**3. Supervision**

3.1 WFP reserves the right to have unrestricted access to the project site, the records of the relief operation, food stores and distribution sites.

### Responsibilities of the Implementing Partner

**4. Implementation**

4.1 The implementing partner agrees to respect the terms laid out in the project document.

4.2 The implementing partner agrees to distribute WFP commodities to **260 orphans and 20 support staff** Beneficiaries in the context of a Orphanage Feeding in Narang district Kunnar province, project according to the ration and quantities indicated in paragraph 1.1 and will ensure that the commodities reach the intended beneficiaries in good condition.

**AGR. NO. 5**

4.3 Under no circumstances may WFP supplied food be sold by the implementing partner(s).

## 5. Monitoring and Reports

5.1 Prior to each delivery of WFP commodities, subsequent to the first delivery, the implementing partner agrees to provide information on the following: the quantity of food aid received in MT; the quantity of food aid in MT utilized by district; balance in MT of stock undistributed; the number of beneficiaries desegregated by gender, IDPs and landless.

5.2 The implementing partner shall maintain agreed upon monitoring forms and submit a progress report to WFP every 30 days.

5.3 Stock records indicating daily food arrivals and issues will be kept by the implementing partner. WFP will have unhindered access to these records and to the store(s) for monitoring purposes.

## 6. General

6.1 The implementing partner agrees to ensure that WFP and, where appropriate, the donor receives visible recognition as the donor of the food for the project.

6.2 Upon termination of the contract, the implementing partner agrees to return all WFP commodities or funds, which remain unused as determined, by WFP sub-offices in agreement with the IP.

6.3 If WFP operations in the area are suspended, WFP agrees to inform the implementing partner in writing. The implementing partner will immediately suspend all transport/distribution operations until further notice.

6.4 WFP will not be held liable for any injury, disability, death or loss of implementing partner's staff during the operation.

6.5 In the event of failure of the implementing partner to fulfil any of the obligations under this letter of agreement, WFP reserves the right to suspend or withdraw its commitment to the project.

6.6 This contract may be terminated by WFP or the implementing partner upon written notification.

## 7. Force Majeure

If at any time during the course of this agreement it shall become impossible for any of the parties hereto to perform any of its obligation for reasons of force majeure, that party shall promptly notify the other in writing of the existence of such force majeure, whereupon the party giving notice shall be relieved from such obligation or obligations as long as force majeure persists.

**Duplicate**

16. The Implementing Partner agrees, as appropriate, to make local authorities, donors, partners or beneficiaries aware of the source of food commodities used under the project. The Implementing Partner will display a signboard (see Annex I) at the project site.

17. This agreement will be void if the Implementing Partner fails to start the project activities within one month of signing the letter of agreement unless WFP is informed of the delay as per paragraph 10 of this agreement.

18. In the event of failure on the part of Implementing Partner to fulfill any of the obligations under this Letter of Agreement, WFP reserves the right to suspend or withdraw its commitment to the project.

**Signatures:**

For the:

**World Food Programme, Afghanistan**

Name: Peter Goossens
Title: Deputy Country Director
        WFP Afghanistan (Kabul)

Signature:

Date:

For the:

**WAMY/Implementing Partner**

Name: Mr. Hedayatullah
Title: Representative
       WAMY

Signature:

Date:

3