EXHIBIT 17.13

September 10, 1998 progress report
of the Food and Agricultural Organization
of the United Nations on WAMY project



## OFFICE MEMORANDUM

Date : 10th September 1998

To: Mr Hans C. Brink,
Programme Manager
AFG/96/004

Ref:   / /98/JMA

Att: Mr Daud Sharif,
Admin. & Finance officer

From: J.M. Arnoult,
STA Horticulture
AFG/96/004

Subject: Release of 2nd instalment re-project PTN/F/WAMY/01/98

With reference to the above project, we have received a satisfactory progress report from WAMY, and the concerned fruit tree nurseries have also been satisfactorily last June. The 2nd instalment of of the project can therefore be released as per contractual agreement minus the amount of Pak.Rs. 6,250 equivalent to the cash budget for stone fruit seeds that have been actually supplied in kind by our FAO programme.

The actual amount to be paid therefore is Pak.Rs. 55,950 - 6,250 = **Pak.Rs. 49,700.**

With best regards.

*info Moustafa (WAMY)*

*seen*

*Original = Agric. file*
*copy = to finance Sect.*

chrono.
encl.  2

10 September 1998

**FOOD AND AGRICULTURE ORGANISATION OF
THE UNITED NATIONS (FAO).**

**PROGRAMME AFG/96/004
Food Security through Sustainable Crop Production in Afghanistan**

**CONTRACTUAL SERVICES AGREEMENT**

**SUPPORT FOR THE ESTABLISHMENT OF
FIVE PRIVATE FRUIT TREE NURSERIES
1st year support - 1st November 1997 to 31st October 1998**

IMPLEMENTING PARTNER (IP): WAMY (ex-LBI)
PROJECT SYMBOL: PTN/E/WAMY/01/97
PROJECT TITLE: <u>FIRST YEAR SUPPORT FOR THE ESTABLISHMENT OF FIVE PRIVATE FRUIT TREE NURSERIES IN Kabul PROVINCE ONE JERIB (1/5 Ha.) SIZE OF EACH NURSERY</u>

Dear Mr Mustafa,

The Food and Agriculture Organisation of the United Nations Programme AFG/96/004 hereinafter referred to as "FAO Programme AFG/96/004" and WAMY (ex-LBI) hereinafter referred to as "Implementing Partner" (I.P.) have agreed to cooperate in achieving the objective of "Food Security through Sustainable Crop Production in Afghanistan" in this case in the locations specified in Kabul Province through support for the establishment of five private fruit tree nurseries of one jerib (1/5 ha.) each for the production of high quality fruit trees during the 1998 agricultural season. The modalities of cooperation as well as the financial and other terms and conditions are set forth in the enclosed Annexes, which constitute an integral part of the Agreement.

Using resources allocated to the FAO Programme AFG/96/004, and for carrying out/rendering the assigned activities/services, the Implementing Partner will receive a financial contribution in local currency valued at up to, **Pak Rupees 186,500** being up to but not exceeding in value **US$ 4,248** based on the UN exchange rate prevailing at the date of the payments, as financial support for this project for one year from November 1st, 1997 to October 31st, 1998.

Payments will be made in three instalments as follows:

---

50%    for start up, on signature of the Letter of Agreement **Pak. Rupees 93,250** equivalent up to **US$ 2,124**.

30%    At mid-term of project implementation, after confirmation by FAO Programme AFG/96/004 technical staff of satisfactory progress of the work, together with satisfactory report of work in progress to date, approved by the Programme Manager - AFG/96/004, **Pak. Rupees 55,950** equivalent to US$ 1,274.

20%    Upon completion of the project, after confirmation by FAO Programme AFG/96/004 technical staff of satisfactory accomplishment of the work, together with submission of satisfactory final report by the Implementing Partner, approved by the Programme Manager - AFG/96/004, **Pak. Rupees 37,300** equivalent to **US$ 850**.

*[handwritten: − 6,250 / 49,700]*

1

(unless otherwise agreed), and shall make provision for adequate protection and/or insurance of the SEED/FERTILIZER on the way to its final destination.

10. FAO shall not be held liable to indemnify any third party in respect of any claim, debt, damage or demand arising out of the implementation of this Agreement, nor shall it accept liability for compensation for the death, disability or other hazards, which may be suffered by employees of the I.P. as a result of their employment on work, which is the subject matter of this Agreement.

11. Any dispute arising out of this Agreement shall be settled by arbitration in accordance with the UNCITRAL Arbitration Rules. The parties agree to be bound by any arbitration award as the final adjudication of any such dispute.

12. Nothing in this Agreement or relating hereto shall be construed as constituting a waiver of the privileges and immunities of the FAO.

13. Any amendment to this Agreement shall be effective only on the basis of written mutual consent by the signatories or their authorized representatives.

14. In the event of the I.P's non-compliance or partial compliance with the terms of reference in respect of this Agreement, it will refund to FAO any payment received in respect of services or activities that have not been rendered or undertaken by the I.P. to the standards considered acceptable by FAO.

15. If you accept the stipulated terms and conditions, please sign this letter of Agreement in the space provided below, and return the original to this office with your banking instructions.

16. This Agreement shall enter into force upon its signature on behalf of FAO and World Assembly of Muslim Youth

Yours Sincerely,

A. R. Fitzherbert
Programme Coordinator
AFG/92/008

Enclosure.

We agree to accept the terms and conditions contained in this Letter of Agreement and accompanying Annex to Agreement.

Name: Mr. M. Mustafa
Title: Director
Implementing Partner: World Assembly of Muslim Youth
Location/Address: Peshawar
Agreed by: _____

_____   _____   _____   _____
Name.              Signature           Title               Date

Banking Instructions:
Address:           .................
Account No.        .................
Account Name:      .................

3

# EXHIBIT 17.14

## November 27, 1997 Food and Agricultural Organization of the United Nations contract with WAMY

27 November 1997

**FOOD AND AGRICULTURE ORGANISATION OF**
**THE UNITED NATIONS (FAO).**

**PROGRAMME AFG/96/004**
Food Security through Sustainable Crop Production in Afghanistan

**CONTRACTUAL SERVICES AGREEMENT**

**SUPPORT FOR THE ESTABLISHMENT OF**
**FIVE PRIVATE FRUIT TREE NURSERIES**
1st year support - 1st November 1997 to 31st October 1998

IMPLEMENTING PARTNER (IP): WAMY (ex-LBI)
PROJECT SYMBOL: PTN/E/WAMY/01/97
PROJECT TITLE: <u>FIRST YEAR SUPPORT FOR THE ESTABLISHMENT OF FIVE PRIVATE FRUIT TREE NURSERIES IN Kabul PROVINCE ONE JERIB (1/5 Ha.) SIZE OF EACH NURSERY</u>

Dear Mr Mustafa,

The Food and Agriculture Organisation of the United Nations Programme AFG/96/004 hereinafter referred to as "FAO Programme AFG/96/004" and WAMY (ex-LBI) hereinafter referred to as "Implementing Partner" (I.P.) have agreed to cooperate in achieving the objective of "Food Security through Sustainable Crop Production in Afghanistan" in this case in the locations specified in Kabul Province through support for the establishment of five private fruit tree nurseries of one jerib (1/5 ha.) each for the production of high quality fruit trees during the 1998 agricultural season. The modalities of cooperation as well as the financial and other terms and conditions are set forth in the enclosed Annexes, which constitute an integral part of the Agreement.

Using resources allocated to the FAO Programme AFG/96/004, and for carrying out/rendering the assigned activities/services, the Implementing Partner will receive a financial contribution in local currency valued at up to, **Pak Rupees 186,500** being up to but not exceeding in value **US$ 4,248** based on the UN exchange rate prevailing at the date of the payments, as financial support for this project for one year from November 1st, 1997 to October 31st, 1998.

Payments will be made in three instalments as follows:

**50%** for start up, on signature of the Letter of Agreement Pak. Rupees 93,250 equivalent up to US$ 2,124.

**30%** At mid-term of project implementation, after confirmation by FAO Programme AFG/96/004 technical staff of satisfactory progress of the work, together with satisfactory report of work in progress to date, approved by the Programme Manager - AFG/96/004, **Pak. Rupees 55,950** equivalent to **US$ 1,274**.

**20%** Upon completion of the project, after confirmation by FAO Programme AFG/96/004 technical staff of satisfactory accomplishment of the work, together with submission of satisfactory final report by the Implementing Partner, approved by the Programme Manager - AFG/96/004, **Pak. Rupees 37,300** equivalent to **US$ 850**.

1

**General Conditions.**

1. The inputs and funds provided by FAO are to be used exclusively for the purpose as described in ANNEX I.

2. The personnel employed by the I.P. or any other person co-opted by the I.P. will not be:

    a. permitted to incur any commitment or expenditure on behalf of the FAO or Programme AFG/96/004.

    b. considered in anyway as staff member of FAO Programme AFG/96/004, and thus not entitled to any privileges, immunities, compensation, or insurance cover normally accorded to FAO staff.

    c. The I.P. is expected to provide for its own insurance in respect of any accident, illness, damage or loss that may occur while the assigned project PTN/E/WAMY/01/97 activities/services are being undertaken/rendered.

3. The terms of reference under which the FAO/UN funds are committed to rehabilitation and development efforts in Afghanistan are being undertaken over a commitment to support efforts to eventually eradicate the cultivation of illicit crops.

    Support and Funding to the Province and District(s)/Sub-district(s) targeted is dependant upon the cooperation of the I.P. in this endeavour, and of the farmers in the area not to cultivate opium poppy (Papaver somniferum) (as set out in detail in ANNEX I. Special considerations).

4. The I.P. shall take full responsibility for the tools, equipment, planting material after consignment, once it has been handed over at the place agreed upon, and shall make adequate provision for and protection and/or insurance of the said inputs after consignment.

5. FAO shall not be held liable to indemnify any third party in respect of any claim, debt, damage or demand arising out of the implementation of this Agreement, nor shall it accept liability for compensation for the death, disability or other hazards, which may be suffered by employees of the I.P. as a result of their employment on work, which is the subject matter of this Agreement.

6. Nothing in this Agreement or relating hereto shall be construed as constituting a waiver of the privileges and immunities of the FAO.

7. Any amendment to this Agreement shall be effective only on the basis of written mutual consent by the signatories or their authorised representatives.

8. In the event of the I.P.'s non-compliance or partial compliance with the terms of reference in respect of this Agreement, it will refund to FAO any payment received in respect of services or activities that have not been rendered or undertaken by the I.P. to the standards considered acceptable by FAO.

9. If you accept the stipulated terms and conditions, please sign this letter of Agreement in the space provided below, and return the original to this office with your banking instructions.

10. This Agreement shall enter into force upon its signature on behalf of FAO and WAMY (ex-LBI)

Yours Sincerely,

H.C. Brink,
Programme Manager
AFG/96/004

2

Enclosure.

We agree to accept the terms and conditions contained in this Letter of Agreement and accompanying ANNEX I.

Name: Mr Mohammad Mustafa (For)
Title: Director
Implementing Partner: WAMY (ex-LBI)
Location/Address: P.O. Box n. 1055 University Town, Peshawar
Agreed by: Muhammad Mustafa

___Muhammad Mustafa (for)___  ___[signature]___  ___D. General___  ___27-11-97___
Name.                          Signature            Title              Date

Banking Instructions: Emirates Bank International
Address:
Account No. 520995
Account Name: World Assembly of Muslim Youth

3