EXHIBIT 17.15

January 13, 1997 Food
and Agricultural Organization of the
United Nations contract with WAMY

13 January 1997

**FOOD AND AGRICULTURE ORGANISATION OF
THE UNITED NATIONS (FAO).**

**PROGRAMME AFG/94/002**
Integrated Crop and Food Production in Afghanistan

**CONTRACTUAL SERVICES AGREEMENT**

SUPPORT FOR EXPANSION (2 JERIBS)
OF FIVE FRUIT AND AMENITY TREE PRIVATE NURSERIES
2nd year support - 1st January to 31st December 1997

IMPLEMENTING PARTNER (IP):    World Assembly of Muslim Youth
PROJECT SYMBOL:              PTN/E/WAMY/01/97
PROJECT TITLE:               SECOND YEAR SUPPORT FOR THE EXPANSION OF FIVE
                             FRUIT AND AMENITY TREE PRIVATE NURSERIES IN
                             KABUL AND PAKTIA PROVINCES
                             TWO JERIBS (2/5 Ha.) SIZE OF EACH NURSERY

Dear Mr Mustafa,

The Food and Agriculture Organisation of the United Nations Programme AFG/94/002 "Integrated Crop and Food Production Programme in Afghanistan" hereinafter referred to as "FAO Programme AFG/94/002" and World Assembly of Muslim Youth hereinafter referred to as "Implementing Partner" (I.P.) have agreed to cooperate in achieving the particular objective specified in the Project Document and Plan of Operation (viz the support for the rehabilitation and development of crop and food production in Afghanistan), in this case in the locations specified in Kabul and Paktia Province(s) to provide support for the expansion of five private nurseries from one jerib to two jeribs (2/5 ha.) each for the production of high quality fruit and amenity trees during the 1997 agricultural season. The modalities of cooperation as well as the financial and other terms and conditions are set forth in the enclosed Annexes, which constitute an integral part of the Agreement.

Using resources allocated to the FAO programme AFG/94/002, and for carrying out/rendering the assigned activities/services, the Implementing Partner will receive a financial contribution in local currency valued at up to, **Pak Rupees 144,500** being up to but not exceeding in value US$ 3,622 based on the UN exchange rate prevailing at the date of the payments, as financial support for this project for twelve months, from January 1st, 1997 to December 31st, 1997.

Payments will be made in three instalments as follows:

50%    for start up, on signature of the Letter of Agreement **Pak. Rupees 72,250** equivalent up to US$ 1,811.

30%    At mid-term of project implementation, after confirmation by Programme AFG/94/002 technical staff of satisfactory progress of the work, together with satisfactory report of work in progress to date, approved by the Programme Manager - AFG/94/002, **Pak. Rupees 43,350** equivalent to US$ 1,087.

20%    Upon completion of the project, after confirmation by Programme AFG/94/002 technical staff of satisfactory accomplishment of the work, together with submission of satisfactory final report by the Implementing Partner, approved by the Programme Manager - AFG/94/002, **Pak. Rupees 28,900** equivalent to US$ 724.

HANS C. ____
____ Manager

1

**General Conditions.**

1.  The inputs and funds provided by FAO are to be used exclusively for the purpose as described in ANNEX 1.

2.  The personnel employed by the I.P. or any other person co-opted by the I.P. will not be:

    a.  permitted to incur any commitment or expenditure on behalf of the FAO Programme AFG/94/002.

    b.  considered in anyway as staff member of FAO, and thus not entitled to any privileges, immunities, compensation, or insurance cover normally accorded to FAO staff.

    c.  The I.P. is expected to provide for its own insurance in respect of any accident, illness, damage or loss that may occur while the assigned project PTN/E/WAMY/01/97 activities/services are being undertaken/rendered.

3.  The terms of reference under which the FAO/UN funds are committed to rehabilitation and development efforts in Afghanistan are being undertaken over a commitment to support efforts to eventually eradicate the cultivation of illicit crops.

    Support and Funding to the Province and District(s)/Sub-district(s) targeted is dependant upon the cooperation of the I.P. in this endeavour, and of the farmers in the area not to cultivate opium poppy (Papaver somniferum) (as set out in detail in ANNEX I. Special considerations).

4.  The I.P. shall take full responsibility for the tools, equipment, planting material after consignment, once it has been handed over at the place agreed upon, and shall make adequate provision for and protection and/or insurance of the said inputs after consignment.

5.  FAO shall not be held liable to indemnify any third party in respect of any claim, debt, damage or demand arising out of the implementation of this Agreement, nor shall it accept liability for compensation for the death, disability or other hazards, which may be suffered by employees of the I.P.as a result of their employment on work, which is the subject matter of this Agreement.

6.  Nothing in this Agreement or relating hereto shall be construed as constituting a waiver of the privileges and immunities of the FAO.

7.  Any amendment to this Agreement shall be effective only on the basis of written mutual consent by the signatories or their authorised representatives.

8.  In the event of the I.P's non-compliance or partial compliance with the terms of reference in respect of this Agreement, it will refund to FAO any payment received in respect of services or activities that have not been rendered or undertaken by the I.P. to the standards considered acceptable by FAO.

9.  If you accept the stipulated terms and conditions, please sign this letter of Agreement in the space provided below, and return the original to this office with your banking instructions.

10. This Agreement shall enter into force upon its signature on behalf of FAO and World Assembly of Muslim Youth

Yours Sincerely,

H.C. Brink,
Programme Manager
AFG/94/002

2

**Enclosure.**

We agree to accept the terms and conditions contained in this Letter of Agreement and accompanying ANNEX I.

Name:                    Mr Mustafa
Title:                    Director General
Implementing Partner:    World Assembly of Muslim Youth
Location/Address:        _Sufaad Dhent - capital road - U.T. park_
Agreed by:

_M. Mustafa_                _[signature]_           _D. General_          _15-1-97_
Name.                      Signature               Title                 Date

Banking Instructions:
Address:                 _Emirate Bank Int._
Account No.
Account Name:            _Faysal Al-Bm Al-Islamit_

_[signature]_  HANS C. B. INK
            FAO Progr. .... Manager
            AFG ... ...

3

# EXHIBIT 17.16

# Food and Agricultural Organization of the United Nations 1994 contract with WAMY

**FOOD AND AGRICULTURE ORGANIZATION**
**OF THE UNITED NATIONS**



اداره خوراک و زراعت اقوام متحده

PROGRAMME FOR REHABILITATION OF AFGHANISTAN AGRICULTURE
**FOOD AND AGRICULTURE ORGANISATION OF**
THE UNITED NATIONS (FAO).
**AFG/92/008**
UNO/AFG/165/UNA & OSRO/AFG/301/EEC.
UNO/AFG/025/UNA - OSRO/AFG/401/NETH - OSRO/AFG/402/SWED
CONTRACTUAL SERVICES AGREEMENT
**SUPPORT FOR 1994/95 SEASON WHEAT CROP PRODUCTION**
(Seed/Fertilizer : Seed & Grain Production)

IMPLEMENTING PARTNER (IP):        World Assembly of Muslim Youth
PROJECT SYMBOL:                   KUN/CPA/ W /02/94
PROJECT TITLE:                    SEED AND GRAIN PRODUCTION - KUNAR

Dear Mr. M. Mustafa,

The Food and Agriculture Organisation of the United Nations hereinafter referred to as "FAO" and (WAMY) (WAMY) hereinafter referred to as "Implementing Partner" (I.P.) have agreed to cooperate in achieving the particular objective specified in the Project Document and Plan of Operation (viz. the distribution of wheat and other seed DAP and Urea fertilizer to farmers in the locations specified in Kunar Province: Peche District(s)/subdistrict(s) for seed and/or grain production in the 1994/95 cropping season.

The modalities of cooperation as well as the financial and other terms and conditions are set forth in the enclosed Appendices, which constitute an integral part of the Agreement.

Using resources allocated to the programme, FAO thus agrees to grant the Implementing Partner (I.P.) physical inputs of high quality wheat seed and fertilizer totalling 5.5 MT wheat seed, 6 MT DAP fertilizer and 10 MT Urea fertilizer, together with transportation to the agreed project centre(s) or location(s), as specified in Annex to Agreement.

The seed and fertilizer will be sold, **in the project locations only**, to farmers included in this project at prices not exceeding those shown below. These reflect the price agreed by ACBAR based on a 25% subsidized rate of average current market prices in Eastern/South Western Afghanistan:

DAP per 50 kg bag                   Pak. Rupees      300 or local equivalent in Afghanis
UREA per 50 kg bag                  Pak. Rupees      218 or local equivalent in Afghanis
UREA per 75 kg 1 1/2 bag            Pak. Rupees      327 or local equivalent in Afghanis
Improved wheat seed per 50 kg bag   Pak. Rupees      263 or local equivalent in Afghanis

Details of the conditions of sale are set out in the Annex to the Agreement.

The above reflect ceiling prices based on a value quoted in Pakistani Rupees, but which may be calculated locally in Afghanis at the current local rate of exchange in the place and at the time.

These prices have been generally agree but may be modified to a level below this ceiling if the local economic situation justifies this and is agreed by all other I.Ps working in the same province.

The funds so obtained in the case of this project are considered sufficient to cover all the I.P - project costs including staff salaries, wages, administration, management and logistic costs.

No additional cash funds will be provided by FAO in the case of this project.

1

Street Address:      House 2, Street 52,          P.O. Box 1476      Telephones : Islamabad : 819715 – 819967 – 821419
                     F-6/4, Islamabad - Pakistan   Islamabad          Fax : 825148
Cable Address:       AFGHANAGRI ISLAMABAD          PAKISTAN           Telex No. 54511 AGRAF PK

If I.P management costs are being covered by alternative sources of funding the cash funds so obtained from the sale of seed and fertilizer must be used by the I.P for some declared purpose of activity which is of direct benefit to the target community identified in the document.

The I.P is obliged under this agreement to employ a technically qualified person resident in the field in the project location to provide agricultural advice to the farmers. He must have at least a diploma in Agriculture and must receive a minimum salary equivalent of Pak. Rupees 4,000 per month.

The I.P. will be responsible for the proper administration and management of this crop/seed production project, and the delivery of the desired results, subject to the following general conditions from the beginning and throughout the duration of the project.

## GENERAL CONDITIONS

1. The inputs of seed and fertilizer and the funds provided by FAO are to be used exclusively for the purpose as described in Annex To Agreement.

2. The personnel employed by the I.P. or any other person co-opted by the I.P. will not be;

   a. permitted to incur any commitment or expenditure on behalf of the FAO.
   b. considered in any way as staff member of FAO, and thus not entitled to any privileges, immunities, compensation, or insurance cover normally accorded to FAO staff.

   The I.P. is expected to provide for its own insurance in respect of any accident, illness, damage or loss that may occur while the assigned project's (code No. KUN/CPA/LAB/02/94) activities/services are being undertaken/rendered.

3. The terms of reference under which the FAO/UN funds are committed to rehabilitation efforts in Afghanistan are being undertaken over a commitment to support efforts to eventually eradicate the cultivation of illicit crops.

   Support and Funding to the Province and District(s)/Sub-district(s) targeted is dependant upon the cooperation of the I.P. in this endeavor, and of the farmers in the area not to cultivate opium poppy (Papaver somniferum) (as set out in detail in Annex To Agreement, Special Considerations).

4. The FAO will hand over 5.5 MT of wheat seed, 6 MT DAP Fertilizer, and 10 MT Urea Fertilizer to the I.P. on a date to be determined at the WFP/UNILOG stores (Quetta/ Pirpai NWFP - unless otherwise agreed in mutual understanding).

5. The FAO will arrange for the transportation of the Seed/Fertilizer (unless otherwise agreed), through the agency of WFP/UNILOG acting as the UN's Logistic Unit.

6. The FAO will bear the cost of transportation of the seed/ fertilizer to the agreed project location (unless otherwise agreed).

7. The I.P. will ensure the delivery of the SEED/FERTILIZER to the final destination, in the selected localities and villages in Afghanistan.

8. The I.P. undertakes to distribute the SEED/FERTILIZER in a timely and correct fashion in the localities, and villages specified in the agreement, to farmers and/or farmers' representatives, and in full agreement with the local communities, for the purpose of rehabilitation of agricultural, crop and seed production.

9. The I.P. shall take full responsibility for the SEED/ FERTILIZER after consignment, once it has been handed over at the point of despatch. ie the WFP/UNILOG stores,(Quetta Balochistan/ Pirpai NWFP)

2

(unless otherwise agreed), and shall make provision for adequate protection and/or insurance of the SEED/FERTILIZER on the way to its final destination.

10. FAO shall not be held liable to indemnify any third party in respect of any claim, debt, damage or demand arising out of the implementation of this Agreement; nor shall it accept liability for compensation for the death, disability or other hazards, which may be suffered by employees of the I.P. as a result of their employment on work, which is the subject matter of this Agreement.

11. Any dispute arising out of this Agreement shall be settled by arbitration in accordance with the UNCITRAL Arbitration Rules. The parties agree to be bound by any arbitration award as the final adjudication of any such dispute.

12. Nothing in this Agreement or relating hereto shall be construed as constituting a waiver of the privileges and immunities of the FAO.

13. Any amendment to this Agreement shall be effective only on the basis of written mutual consent by the signatories or their authorized representatives.

14. In the event of the I.P's non-compliance or partial compliance with the terms of reference in respect of this Agreement, it will refund to FAO any payment received in respect of services or activities that have not been rendered or undertaken by the I.P. to the standards considered acceptable by FAO.

15. If you accept the stipulated terms and conditions, please sign this letter of Agreement in the space provided below, and return the original to this office with your banking instructions.

16. This Agreement shall enter into force upon its signature on behalf of FAO and World Assembly of Muslim Youth

Yours Sincerely,

A. R. Fitzherbert
Programme Coordinator
AFG/92/008

Enclosure.

We agree to accept the terms and conditions contained in this Letter of Agreement and accompanying Annex to Agreement.

Name:                          Mr. M. Mustafa
Title:                          Director
Implementing Partner            World Assembly of Muslim Youth
Location/Address:               Peshawar
Agreed by:                      _____

_____     _____        _____        _____
Name.               Signature              Title                  Date

Banking Instructions:
Address:            .......... ..........
Account No.         ....................
Account Name:       ....................

3