EXHIBIT 17.17

Food and Agricultural Organization
of the United Nations March 30, 1995
contract with WAMY

FOOD AND AGRICULTURE ORGANIZATION
OF THE UNITED NATIONS



PROGRAMME FOR REHABILITATION OF AFGHANISTAN AGRICULTURE

March 30, 1995

FOOD AND AGRICULTURE ORGANISATION OF
THE UNITED NATIONS (FAO)
AFG/92/008
UNO/AFG/025/UNA & OSRO/AFG/301/EEC

CONTRACTUAL SERVICES AGREEMENT
SUPPORT FOR 1994 SEASON SUMMER CROP PRODUCTION

IMPLEMENTING PARTNER (IP): World Assembly of Muslim Youth
PROJECT SYMBOL: KUN/SCP/W/02/95
PROJECT TITLE: SUMMER CROP PRODUCTION - KUNAR

Dear Mr. Mustafa,

The Food and Agriculture Organisation of the United Nations hereinafter referred to as "FAO" and World Assembly of M. Youth hereinafter referred to as "Implementing Partner" (I.P.) have agreed to cooperate in achieving the particular objective specified in the Project Document and Plan of Operation (viz. the distribution of maize, rice, mung beans and other crop seed and DAP and urea fertilizer to farmers in the locations specified in province Kunar (districts) Peche for crop production in the 1995 summer cropping season.

The modalities of cooperation as well as the financial and other terms and conditions are set forth in the enclosed Appendices, which constitute an integral part of the Agreement.

Using resources allocated to the programme, FAO thus agrees to grant the Implementing Partner (I.P.) physical inputs of high quality oil seed, sugar cane, maize, rice, pulse and sundry vegetable seed with DAP and Urea fertilizer totalling 8.00 MT Sugar Cane, 0.015 Kg. Oil Seed Rape, 28 Kg. other crop seed, 1.00 MT Maize, and 0.50 MT Rice seed (0.40 MT Long Grained & 0.10 MT Short Grained), 0.10 MT Mung Bean, plus 3.75 MT DAP fertilizer 2.50 MT Urea fertilizer, as well as various other crop seeds received by the I.P together with transportation to the agreed project centre(s) or location(s), as specified in Annex to Agreement.

The seed and fertilizer will be sold, **in the project locations.only**, at (but not exceeding) the generally agreed rates as follows:

| | | | |
|---|---|---|---|
| Sugar Cane | To be provided free in this season as part of opium poppy reduction programme | | |
| Oil Seed | To be provided free in this season as part of opium poppy reduction programme | | |
| Maize: | @ Pak. Rupees 6 per kg | = | Pak. Rupees 6,000 |
| Long Grained Rice: | @ Pak. Rupees 8 per kg | = | Pak. Rupees 3,200 |
| Short Grained Rice: | @ Pak. Rupees 5 per kg | = | Pak. Rupees 500 |
| Mung Bean Seed: | @ Pak. Rupees 10 per kg | = | Pak. Rupees 1,000 |
| DAP Fertilizer | @ Pak. Rupees 300 per 50 kg or Pak. Rupees 6 per kg | = | Pak. Rupees 22,500 |
| Urea Fertilizer | @ Pak. Rupees 218 per 50 kg or Pak. Rupees 4.36 per kg | = | Pak. Rupees 10,900 |

Sugar Cane, vegetable, fodder and other pulse seeds provided to farmers free of charge in this season for trials observation.

Street Address:   House 2, Street 52,          P.O. Box 1476    Telephones : Islamabad : 819715 – 819967 – 821419
                  F-6/4, Islamabad - Pakistan  Islamabad        Fax : 825148
Cable Address:    AFGHANAGRI ISLAMABAD         PAKISTAN         Telex No. 54511 AGRAF PK

Details of the conditions are specified in Annex to Agreement.

The funds so obtained may be used by the I.P. to defray the costs of administration and management of the project in the field, and/or for the direct benefit of the target communities through the procurement of Urea fertilizer to go with the seed, or other appropriate activity.

The cash income so earned by the I.P from the sale of maize, rice, mung seed and fertilizer is intended to cover the I.P. management and administration costs of the project including retaining a technically qualified person in the field in the project location for the duration of the summer crop programme. No additional funds will be paid to the I.P by FAO, for this purpose.

The I.P. will be responsible for the proper administration and management of this crop/seed production project, and the delivery of the desired results, subject to the following general conditions.

## GENERAL CONDITIONS

1. The inputs of seed and fertilizer and the funds provided by FAO are to be used exclusively for the purpose as described in Annex To Agreement.

2. The personnel employed by the I.P. or any other person co-opted by the I.P. will not be;

   a. permitted to incur any commitment or expenditure on behalf of the FAO.

   b. considered in any way as staff member of FAO, and thus not entitled to any privileges, immunities, compensation, or insurance cover normally accorded to FAO staff.

   The I.P. is expected to provide for its own insurance in respect of any accident, illness, damage or loss that may occur while the assigned project's (code No. KUN/SCP/LAB/02/95) activities/services are being undertaken/rendered.

3. The terms of reference under which the FAO/UN funds are committed to rehabilitation efforts in Afghanistan are being undertaken over a commitment to support efforts to eventually eradicate the cultivation of illicit crops.

   Support and Funding to the Province and District(s)/Sub-district(s) targeted is dependant upon the cooperation of the I.P. in this endeavour, and of the farmers in the area not to cultivate opium poppy (Papaver somniferum) (as set out in detail in Annex To Agreement, Special Considerations).

4. The FAO will have handed over 0.015 MT oil seed, 8.00 MT sugar cane, 1.00 MT of maize, 0.40 MT long grained rice, 0.10 short grained rice, 0.10 MT mung beans, 28.00 Kg. vegetables plus 3.75 MT DAP Fertilizer, 2.50 MT Urea Fertilizer to the I.P.

2

5. The FAO will arrange for the transportation of the Seed/Fertilizer (unless otherwise agreed), through the agency of WFP/UNILOG acting as the UN's Logistic Unit.

6. The FAO will bear the cost of transportation of the seed/ fertilizer to the agreed project location (unless otherwise agreed).

7. The I.P. will ensure the delivery of the SEED/FERTILIZER to the final destination, in the selected localities and villages in Afghanistan.

8. The I.P. undertakes to distribute the SEED/FERTILIZER in a timely and correct fashion in the localities, and villages specified in the agreement, to farmers and/or farmers' representatives, and in full agreement with the local communities, for the purpose of rehabilitation of agricultural, crop and seed production.

9. The I.P. shall take full responsibility for the SEED/ FERTILIZER after consignment, once it has been handed over at the point of despatch. ie the WFP/UNILOG stores, (Pirpai NWFP/UNILOG Quetta) (unless otherwise agreed), and shall make provision for adequate protection and/or insurance of the SEED/FERTILIZER on the way to its final destination.

10. FAO shall not be held liable to indemnify any third party in respect of any claim, debt, damage or demand arising out of the implementation of this Agreement, nor shall it accept liability for compensation for the death, disability or other hazards, which may be suffered by employees of the I.P. as a result of their employment on work, which is the subject matter of this Agreement.

11. Any dispute arising out of this Agreement shall be settled by arbitration in accordance with the UNCITRAL Arbitration Rules. The parties agree to be bound by any arbitration award as the final adjudication of any such dispute.

12. Nothing in this Agreement or relating hereto shall be construed as constituting a waiver of the privileges and immunities of the FAO.

13. Any amendment to this Agreement shall be effective only on the basis of written mutual consent by the signatories or their authorised representatives.

14. In the event of the I.P's non-compliance or partial compliance with the terms of reference in respect of this Agreement, it will refund to FAO any payment received in respect of services or activities that have not been rendered or undertaken by the I.P. to the standards considered acceptable by FAO.

15. If you accept the stipulated terms and conditions, please sign this letter of Agreement in the space provided below, and return the original to this office with your banking instructions.

3

16. This Agreement shall enter into force upon its signature on behalf of FAO and (WAMY).

Yours Sincerely,

A. R. Fitzherbert
Programme Coordinator
AFG/92/008

Enclosure.

We agree to accept the terms and conditions contained in this Letter of Agreement and accompanying Annex to Agreement.

Name:
Title:
Implementing Partner
Location/Address:
Agreed by:

| Name. | Signature | Title | Date |
|---|---|---|---|

Banking Instructions:

Address:..........  ......................................
Account No. ....................
Account Name:....................

4

EXHIBIT 17.18

Transitional Islamic State
of Afghanistan Ministry of Education
receipts for school, dated
November 16, 2004

Transitional Islamic State of Afghanistan  
Ministry of Education  
Text Book Distribution

Issue Receipt for School

رسید توزیع مکتب

دولت انتقالی اسلامی افغانستان  
وزارت معارف  
توزیع کتب درسی مکاتب

| Province: | Kabul City |
|---|---|
| District: | District 11 |
| Date: | October 13, 2004 |

| Village | Khisht Okhtif |
|---|---|
| School | Motawasta Ostad Khalilullah Khalili |
| Total Books Delivered | 403    5.60 |

| Code | Title | Language | Grade | Quantity |
|---|---|---|---|---|
| 192-1 | Dari Math | D | 1 | 25 |
| 192-2 | Dari Language | D | 1 | 25 |
| 198-2 | Dari Math | D | 1 | 25 |
| 198-4 | Dari History | D | 4 | 28 |
| 198-1 | Dari Math | D | 4 | 28 |
| 197-2 | Pashtu 2nd Language | D | 6 | 32 |
| 197-3 | Dari History | D | 5 | 30 |
| 197-8 | Dari Math | D | 6 | 30 |
| 204-1 | Dari Math | D | 6 | 30 |
| 204-10 | Pashtu 2nd Language | D | 7 | 25 |
| 204-11 | Dari English | D | 7 | 25 |
| 204-12 | Dari Arabic | D | 7 | 25 |
| 204-2 | Dari Language | D | 7 | 25 |
| 204-3 | Dari Geometry | D | 7 | 25 |
| 204-8 | Dari Geography | D | 7 | 25 |
| | | D | 7 | 25 |

Received by: Najibullah          Date: 16-11-2004  
Date: 16-11-2004

All coorections to this receipt must be made in the reverse of this form.


| # | Code | Item | Qty | Unit | Total |
|---|------|------|-----|------|-------|
| 37 | 211-10 | Pashtu English | 8 | 2.44 | 176 |
| 38 | 211-11 | Pashtu Arabic | 8 | 2.44 | 176 |
| 39 | 211-3 | Pashtu Geometry | 8 | 2.44 | 176 |
| 40 | 211-4 | Pashtu Physic | 8 | 2.44 | 176 |
| 41 | 211-5 | Pashtu Chemistry | 8 | 2.44 | 176 |
| 42 | 211-6 | Pashtu Biology | 8 | 2.44 | 176 |
| 43 | 211-7 | Dari 2nd Language | 8 | 2.44 | 176 |
| 44 | 211-8 | Pashtu History | 8 | 2.44 | 176 |
| 45 | 211-9 | Pashtu Geography | 8 | 2.44 | 176 |
| 46 | 212-1 | Pashtu Math | 9 | 2.29 | 165 |
| 47 | 212-10 | Pashtu English | 9 | 2.29 | 165 |
| 48 | 212-11 | Pashtu Arabic | 9 | 2.29 | 165 |
| 49 | 212-12 | Pashtu Economic | 9 | 2.29 | 165 |
| 50 | 212-3 | Pashtu Geometry | 9 | 2.29 | 165 |
| 51 | 212-4 | Pashtu Physic | 9 | 2.29 | 165 |
| 52 | 212-5 | Pashtu Chemistry | 9 | 2.29 | 165 |
| 53 | 212-6 | Pashtu Biology | 9 | 2.29 | 165 |
| 54 | 212-7 | Pashtu Geography | 9 | 2.29 | 165 |
| 55 | 212-8 | Pashtu History | 9 | 2.29 | 165 |
| 56 | 212-9 | Dari 2nd Language | 9 | 2.29 | 165 |
| Total for this voucher | | | 137 | | 9,855 |

**Certification of Receipts:**

Documentation of receipts:
Name of issuing officer: Dr. A. Hafeez Ahmadi
Exec. Assistant
Signature: [signed] 09/09/04

Transporter:
Received By: Eng. Najibullah
Signature: [signed]
Date: 09/09/04

APEP Kabul Ministry of Education Warehouse
Transporter
Consignee
To be returned to Kabul Ministry of Education Warehouse with confirmation of receipt.

IV #: -573962830
Ref.: MoE/WAMY

APEP Afghanistan
# MINISTRY OF EDUCATION
STORE ISSUE VOUCHER

| IV # | -673962830 | Consignee:  | No of Provinces: | 1 |
|---|---|---|---|---|
| Ref | MoE/WAMY | | No of Districts: | 1 |
| Issue Date: | September 29, 2004 | | Drop Off Site: | |
| Issued From | MoE WareHouse | | Transporter: | |
| Mode of Delivery: | | | Driver: | |
| Container No: | | | Vehicle No. | |

| # | Code | Subject | Grade | Cartons | Total Books |
|---|---|---|---|---|---|
| 1 | 198-1 | Pashtu Math | 1 | 2.69 | 194 |
| 2 | 198-2 | Pashtu Language | 1 | 2.69 | 194 |
| 3 | 199-1 | Pashtu Math | 2 | 3.01 | 217 |
| 4 | 199-2 | Pashtu Language | 2 | 3.01 | 217 |
| 5 | 200-1 | Pashtu Math | 3 | 2.54 | 183 |
| 6 | 200-2 | Pashtu Language | 3 | 2.54 | 183 |
| 7 | 201-1 | Pashtu Language | 4 | 2.79 | 201 |
| 8 | 201-2 | Pashtu Math | 4 | 0.53 | 38 |
| 9 | 201-3 | Dari 2nd Language | 4 | 2.79 | 201 |
| 10 | 201-4 | Pashtu History | 4 | 2.79 | 201 |
| 11 | 201-5 | Pashtu Geography | 4 | 2.79 | 201 |
| 12 | 201-6 | Pashtu Science | 4 | 0.35 | 25 |
| 13 | 202-1 | Pashtu Math | 5 | 2.47 | 178 |
| 14 | 202-2 | Pashtu Languange | 5 | 2.47 | 178 |
| 15 | 202-3 | Pashtu Geography | 5 | 2.47 | 178 |
| 16 | 202-4 | Pashtu Science | 5 | 2.47 | 178 |
| 17 | 202-5 | Pashtu History | 5 | 2.47 | 178 |
| 18 | 202-6 | Dari 2nd Language | 5 | 2.47 | 178 |
| 19 | 203-1 | Pashtu Language | 6 | 2.60 | 187 |
| 20 | 203-2 | Dari 2nd Lang | 6 | 2.60 | 187 |
| 21 | 203-3 | Pashtu History | 6 | 2.60 | 187 |
| 22 | 203-4 | Pashtu Geography | 6 | 2.60 | 187 |
| 23 | 203-5 | Pashtu Science | 6 | 2.60 | 187 |
| 24 | 203-6 | Pashtu Math | 6 | 2.60 | 187 |
| 25 | 210-1 | Pashtu Math | 7 | 2.57 | 185 |
| 26 | 210-10 | Pashtu Geography | 7 | 2.57 | 185 |
| 27 | 210-11 | Pashtu English | 7 | 2.57 | 185 |
| 28 | 210-12 | Pashtu Arabic | 7 | 2.57 | 185 |
| 29 | 210-3 | Pashtu Geometry | 7 | 2.57 | 185 |
| 30 | 210-4 | Pashtu Physics | 7 | 2.57 | 185 |
| 31 | 210-5 | Pashtu Chemistry | 7 | 2.57 | 185 |
| 32 | 210-6 | Pashtu Biology | 7 | 2.57 | 185 |
| 33 | 210-7 | Dari 2nd Language | 7 | 2.57 | 185 |
| 34 | 210-8 | Pashtu History | 7 | 2.57 | 185 |
| 35 | 210-9 | Pashtu Conduct | 7 | 2.57 | 185 |
| 36 | 211-1 | Pashtu Math | 8 | 2.44 | 176 |

EXHIBIT 17.19

Photograph of Afghan Director of Labor and Social Affairs visiting WAMY school in Jalalabad, Afghanistan



# World Assembly of Muslim Youth

اسامبله جهانی جوانان مسلمان



Director of labor and social affairs Visited WAMY Schools in jalalabad Afghanistan

