EXHIBIT 17.20

World Assembly of Muslim Youth,
Pakistan Office, quarterly report of
activities from January to September, 1999



الندوة العالمية للشباب الاسلامي

مكتب باكستان

# World Assembly of Muslim Youth
## (WAMY)
## Pakistan Office



Three Quarterly Activities Report for the Period

January to September 1999

# _Quarterly Activity Report of WAMY for the Period January to September 1999_

**Introduction :**

The World Assembly of Muslim Youth (WAMY) is an international non- governmental organization that looks after the needs of the poor Muslim communities around the globe. It was established as early as 1972 at Riyadh in the kingdom of Saudi Arabic .

The genuine motive behind the establishment of WAMY is to promote kindness, benevolence, righteousness and volunteerism in accordance with Islamic teachings. WAMY undertakes activities (projects) that have positive and developmental effects.

The Headquarters of WAMY is based at the city of Riyadh. It has several offices in the Kingdom of Saudi Arabia and other 85 regional offices world wide, including Pakistan office serving for the Afghan Refugees.

**_WAMY's Strategies:_**

WAMY undertakes the activities (projects) which have positive and developmental effects. Sound legally, socially, and have the tendency to reduce any negative consequences in every aspect. WAMY encourages the potential initiatives of the local beneficiaries aiming at the achievement of self reliance. The organization collaborated with all the coordinating bodies and the other international agencies working for the same purpose .

**_Objectives :_**

WAMY's Objectives are in consistence with its mission . They are classified into short and long term objectives. Emergency Reliefs are regarded as short term, while the other projects serve developmental and are a long term objectives.

# *Content of the Report*

1) Introduction .

2) Health care activities .

3) Social welfare activities.

4) Construction activities .

5) Education activities .

6) Emergency and quick relief activities .

7) Future Plans .

# *Health*

During the reporting period the health department completed the following activities:

(1) Purchase of medicines to WAMY General Hospital in Afghanistan .

The purchase of medicines needed by the hospital for the Ist quarter of the year 2000( Jan- to March) was completed. The medicines is stored in the WAMY medical store in Peshawar . Subsequent release of medicines on monthly basis to the hospital is carried out using hospital vehicles.

(2)Establishment of new (ENT) department in the hospital:

The survey conducted in the hospital area that mainly scheduled to address the problem of malnutrition also revealed that cases of (ENT) problem among different patient is on the rise .

Based on the recommendation made by the hospital administration for establishing a new department for (ENT) in the hospital, a proposal was forwarded to the H.Q for approval. The recommendation is also documented by the following facts :

1) There is no any other facility that is equipped with (ENT) services in the area

2) Number of (ENT) cases is considerable and the demand for such health facility can not be under estimated.

3) The request made by the community for (ENT) services can not be neglected . Fortunately the H.Q approved the proposal for the (ENT) department . Medical equipment for (ENT) has been purchased .More over an (ENT) specialist joined the hospital staff.

(3) Food aid support to the malnourished cases .

A food aid of high nutritive value for malnourished cases among children, pregnant womens and lactating mother is already requested from WFP. The WFP principally agreed and the Ist distribution is scheduled to take place very soon .

(4) WHO representative visit to WAMY General Hospital :

A representative of WHO - Jalalabad office has visited the Hospital in the period April 5 to 8 . The visit is aiming at assessing the effort being made by the hospital to combat against the T.B diseases . The representative wrote a report on the hospital activities . WHO is looking forward to support the special programs of the hospital to further enhance and improve the hospital capabilities to better combat against diseases in the area with special reference to the malaria & T.B .

(For more details on the hospital activities please see the table attached) .

## *Social Welfare activities*

During the reporting period the social welfare department performed the following activities :

1- Monthly payment for orphans & widows:

Cash payment for (1020) orphans & their widow mothers is completed . The payment of five hundred Pak. Rupees for each orphan is a routine practice where by families of all orphans are paid this amount on monthly basis. The amount received by orphan families significantly help the widows to meet some essential family expenses .

2  Provision of  textbook, notebooks and other necessary teaching materials for school in Kabul, Wardak and Logar provinces .

3- Purchase of orphan in kinds annual assistance ( seasonal cloths) that include school uniforms, shoes, student bags and other tools has been completed  for (615) orphans already registered in these schools that follow the summer shift .

The table below depicts the total amount of financial payment made to orphan families for the period January to March / year 2000 .

| S.No | Name of the school | Total number of students | Amount paid per one student orphan per month | Total amount paid for one month | Total amount paid for three months |
|------|--------------------|--------------------------|----------------------------------------------|----------------------------------|-------------------------------------|
| 1 | Al-Arqum orphanage Kunar | 325 | 500 | 162000 | 487500 |
| 2 | Basawal School Nangarhar | 160 | 700 | 112000 | 336000 |
| 3 | Batikout School Nangarhar | 185 | 700 | 129500 | 388500 |
| 4 | Rodat School Nangarhar | 130 | 700 | 91000 | 273000 |
| 5 | Ghanikhiel School Nangarhar | 220 | 700 | 154000 | 462000 |
| | **Total** | **1020** | | **648500** | **1947000** |

# *Emergency and Relief Activities (Special Programs)*

## *A- Food item packets in Ramazan:*

During the whole month of Ramazan the distribution of food items to the needy poor Afghan families residing in the refugees cambs around Peshawar city is being completed .

The food items comprising the following materials is given to the targeted families .

### *(Some photos attached)*

1- 5 Kg of rice .
2- 3 Kg of beans .
3- 1 Kg of edible oil .
4- 3 Kg of sugar .

The table below shows the distribution in Pakistan and Afghanistan :

| S . No | Location | No of Packets | No of beneficiaries |
|--------|----------|---------------|---------------------|
| 1 | Zankal Bati camb | 2620 | 18340 |
| 2 | Kabul for the displaced Afghans residing in Kabul | 3286 | 23002 |
| 3 | Rail way colony for Pakistani | 672 | 4704 |
| 4 | other distribution for selected groups | 215 | 1505 |
| | Total | | 47551 |

B- Qurbani meat distribution :

Annually WAMY distributes Ourbani meat for the needy Afghan refugees in the camps . The distribution also includes some Pakistani poor families in Peshawar . Every family receives 5 Kg of sheep meat .

470 Sheeps slaughtered in this year . The cost of project is Rs 1265000 .

The table below shows the distribution of Qurbani meats to different families residing in the Afghan refugees camps and for Pakistani families in Peshawar .

| S. No | No of animals slaughtered | Beneficiaries (orphan families) | Location of distribution |
|---|---|---|---|
| 1 | 76 | 304 | Kabul - Afghanistan |
| 2 | 312 | 1248 | Kunar / Nangerhar- Afghanistan |
| 3 | 55 | 220 | Railway colony - Pakistan |
| 4 | 30 | 120 | Different groups - Pakistan |
| Total | 470 | 1892 | |

*(Some photos attached)*

# Construction Department

During the reporting period the construction department performed the following activities :

a) Mosque construction :

The construction of a new mosque in Nangarhar province - Mohmandara district started . Excavation of Foundation and stone masonry is completed. The budget allocated for the construction of this mosque is 508,000 rupees.

b) Approval of other three new mosques is already received . The locations of these mosque is selected . The excavation of foundation for these mosque is completed. More over construction materials ( cement, bricks, sand, stone and gravel ) has been transported to the sites .

c) Completion of Swat Mosque . The budget required for the completion of Swat Mosque is also received and the wood work for door, windows and shelves beside the plastering of walls, roofs is soon to be started .

d) Digging of shallow water wells:

Approval for digging of (22) shallow wells has been received from the H.Q . The work is already started for digging in ten location. Moreover the location for another (12) wells yet to be decided .

An agreement with DACAAR has been signed for the provision of hand pumps that is to be installed in these wells .Training also for the technical staff of WAMY for proper installation of hand pumps will be also conducted by DACAAR when required .

## Budget allocation for new construction projects

### In Pak Rupees

| S. No | Type of Project | No of Projects | Location | Budget allocated |
|-------|-----------------|----------------|----------|------------------|
| 1 | Digging of wells | 44 | Afghanistan and Pakistan | 1395625 |
| 2 | Mosques | 5 | Afghanistan and Pakistan | 2,160,000 |
| | Total | | | 3555625 |

## *Education*

During the reporting period the education department performed the following activities:

A) Higher Education :

In Imam Abu-Hanifa Higher Institute for Teacher qualifying preparation is under way to conduct the second semester examination scheduled to start Ist week of May . The student are making the necessary preparation on their part to achieve good result and outstanding performance in these examinations .

B) Primary education for girls :

Preparation for final examination is under way in Um-Salama and Nazo - Ana primary school for girls sponsored by WAMY.1450 girl student in these schools shall attend these examination . After the result of these examination is announced the schools will close for summer vacation that lasts for three months .

C) Orphans primary schools inside Afghanistan :

I- WAMY is running 5 schools . For primary education in Kunar and Nangarhar province one of these schools is an orphanage in Kunar province .

In these schools 1020 orphan (boys and girls) are getting normal primary education Preparation is underway for conducting the final examination for the second semester .

II- WAMY is also running four primary schools for orphans in Kabul, Wardak and Logar provinces . These schools open for the new semesters that started in early April - provision of textbooks, notebooks and stationeries has been completed . 615 orphan boy student are getting primary education in these schools .

# *Quarterly Activity / Performance Report for the Period January to March 2000*

## *Introduction :*

The reporting period for the first quarter of the current year coincided with the annual arrival of the holy month of Ramazan . This month serves as a best reminder for the Muslims around the globe in remembering the less fortunate and poor Muslims .

WAMY usually takes the opportunity of this month and increase the number of projects and expand the programs to cover a wider geographical areas and reach a large number of beneficiaries .

WAMY is more active during Ramazan . Food items packets, Eid dresses and Zakat Fitr were distributed for the needy poor Muslim communities in the region .

Two months later Haj season brings in sacrificial meat projects . Annually WAMY distributes meat packets for poor selected families . Most , it not all of these families are not in a position to buy their own sheep that Muslim buy and slaughter during Eid days . The high prices of animals are not affordable to them .

Beside these emergency and quick relief activities, other ongoing project activities are also presented in the report, different activities has been completed, the details of which is also given .

In view of the increase of the drought belt in the region a new proposal for digging more shallow and deep well, in the drought hit area in Afghanistan and Pakistan is to be forwarded to the H-Q for approval .

The proposal clearly shows the nature and causes of the problems how serious its and the difficulties people are facing. Some details on the following aspects of the problem is also highlighted :

(1) The badly hit areas .
(2) The victims .
(3) Lost property .
(4) Current needs .
(5) Future needs .
(6) Food security situation & famine victims .
(7) Efforts being presently under taken by the aid community .

## *Education*

During the reporting period the education department performed the following activities :

A. *Primary education :*
Preparation is underway for the second semester examination in all primary school sponsored by WAMY inside Afghanistan and in Peshawar serving the refugees . When the results of these exams is announced the student will go for their summer vacation that lasts for three months .
The new academic year has just started in school run by WAMY in Kabul, Logar and Wardak provinces . Provision of textbook, student notebooks and other necessary teaching materials has been completed .
More over every orphan in these school is provided with complete set of uniform .
The new registration of orphans for admission to grade 1 in these schools is continuing .

B. *Higher education*
Imam Abu- Hanifa higher institute for teacher qualifying :
As a prerequisite for second semester final examination , the student of Imam Abu- Hanifa has to attend verbal exams .
Immediately the written exams shall be conducted within a short time in the first week of May. Necessary preparation for conducting the final exams is completed . On their part, the students are making the necessary preparation to achieve good results hoping for outstanding performance in these examinations .
*Revising the curriculum of the institute :*
In its efforts to improve the level of education in Imam Abu- Hanifa Institute and also to equip the graduates with some modern subjects that is now become very important namely administration - computer sciences and English language - In view of these the administration of WAMY decided to revise the curriculum .

An educational committee comprising some specialized teaching staff in the institute has been  selected to revise the curriculum being taught to the student since the early establishment of the institute in the year 1988 .

The assignment was given to the committee to carefully study the present curriculum and come  up with technical recommendations that further promoting and  boosting the higher education in the institute and also improve the  skills and strengthen the degree awarded by the institute to the graduates of the institute after successfully completing 2.5 years of study .

## *Engineering Activities*

Immediately when the NGO get the approval of our donors to construct one orphanage for both boys and girls in Jalalabad city , the engineering department started the project and the following activities were completed during the period January to September .

1) Site Engineer, skilled labors and unskilled labors were recruited .

2) Excavation of foundation is completed .

3) Stone masonry work is completed .

4) Brick masonry work is completed .

5) First floor concrete ceiling is completed .

6) Brick masonry work for the second floor is completed .

7) Second floor concrete ceiling is completed .

8) Plastering of walls (inside and outside ) is completed .

9) Wood work ( Doors, Windows) is completed .

10) Electricity wiring and electric equipment fixation is completed .

11) Painting of walls, windows and doors is completed.

## *Agricultural Activities*

Five tree nurseries were established in Sarobi area for the production of fruit tree saplings . The project id founded by food and Agricultural organization of the united nation (FAO) . Inputs were provided to the selected farmers . These inputs includes:

1- Urea fertilizer .

2- DAP fertilizer.

3- Insecticides .

4- Spraying machines .

## *Future plans*

The future plans of WAMY for the new Higri year is as follows :

(1) Ongoing project shall continue .

(2) In construction department more shallow wells projects be implemented . More over constructs of other 2 mosques shall be implemented .

3) In  the  field  of  social  welfare  departments,  registration  of  200  new orphans is also planned .

(4) In  the  field of higher education, support for higher secondary school for girls  is  already  approved  for  two schools in Peshawar for the academic year 2000 / 2001 .

(5) Appeal for emergency relief activities for both affected areas in Pakistan and  Afghanistan is already forwarded to our donors- their response is still awaited .

The following report illustrate activities of out patients department Form January to August 1999 as follows

| Clinics | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 881 | 1046 | 809 | 1225 | 1109 | 1329 | 1402 | 1169 | 8970 |
| Children Clinic | 362 | 707 | 559 | 766 | 604 | 705 | 721 | 752 | 4976 |
| Surgical | 38 | 101 | 42 | 65 | 54 | 53 | 107 | 86 | 546 |
| C H Clinic | 65 | 97 | 109 | 79 | 161 | 57 | 142 | 109 | 823 |
| Dental | 102 | 80 | 119 | 125 | 124 | 126 | 145 | 93 | 914 |
| Emergency | 301 | 258 | 299 | 229 | 320 | 342 | 363 | 329 | 2441 |
| Total | | | | | | | | | 24111 |

## Hospital's Consultant Activities : From January to August 1999

| Month | Total Consult | women consult | less than 5 consult | Admissions | Bed Occupancy |
|---|---|---|---|---|---|
| Jan | 1449 | 607 | 362 | 661 | 41% |
| Feb | 2031 | 774 | 507 | 939 | 62.60% |
| Mar | 1438 | 600 | 359 | 529 | 35% |
| Apr | 2260 | 905 | 565 | 962 | 64% |
| May | 2050 | 646 | 567 | 893 | 59.50% |
| Jun | 2270 | 903 | 567 | 880 | 58.60% |
| Jul | 2517 | 900 | 629 | 948 | 63.20% |
| Agu | 2209 | 907 | 552 | 657 | 44% |

# TUBERCULOSIS CONTROL PROGRAM

*The following report illustrate activities for the year 1999*

| Type of Disease | Type of Pts | | SEX | | Sputum for AFB | | Treatment completed | | Treatment not completed | |
|---|---|---|---|---|---|---|---|---|---|---|
| | New | relapse | M | F | +ve | -ve | F | M | F | M |
| Pulmonary | 82 | 17 | 18 | 64 | 49 | 42 | 61 | 25 | 17 | 4 |
| Extra Pulmonary | 51 | 2 | 15 | 39 | | | 34 | 10 | 7 | 3 |

# Medical Unit

The following report illustrate activities of from January to August 1999 as follows

A) report of medical unit for adults (Males & Females )

| S.No | Diagnosis | Jan | Feb | Mar | Apr | May | Jun | Jul | Agu | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hypertensions & | 18 | 36 | 30 | 21 | 26 | 27 | 24 | 23 | 205 |
| 2 | Tropical diseases | 30 | 33 | 28 | 58 | 35 | 27 | 32 | 23 | 266 |
| 3 | GIT& dysentry | 146 | 195 | 110 | 216 | 195 | 207 | 206 | 218 | 1493 |
| 4 | Respiratory | 64 | 206 | 104 | 228 | 202 | 217 | 227 | 162 | 1410 |
| 5 | U T diseases | 120 | 169 | 70 | 208 | 146 | 204 | 207 | 145 | 1269 |
| 6 | Fevers | 37 | 35 | 22 | 41 | 43 | 25 | 35 | 25 | 263 |
| 7 | Others | 6 | 16 | 18 | 11 | 13 | 9 | 7 | 1 | 81 |
| Total | | | | | | | | | | 4987 |

# Medical Unit

The following report illustrate activities of from Sept to Nov 1999 as follows

A) report of medical unit for adults (Males & Females )

| S.No | Diagnosis | Sept | Oct | Nov | Total |
|---|---|---|---|---|---|
| 1 | Hypertensions & | 6 | 19 | 18 | 43 |
| 2 | Cardiac diseases | 0 | 0 | 0 | 0 |
| 3 | Tropical diseases | 6 | 25 | 22 | 53 |
| 4 | Malaria, Parasites etc | 0 | 0 | 0 | 0 |
| 5 | GIT& dysentry | 49 | 147 | 132 | 328 |
| 6 | Respiratory | 47 | 138 | 121 | 306 |
| 7 | U T diseases | 43 | 125 | 109 | 276 |
| 8 | Fevers | 7 | 25 | 22 | 54 |
| 9 | Others | 1 | 7 | 6 | 14 |
| Total | | 0 | 384 | 384 | 767 |

## B) Reports of pediatrics unit:

| S.No | Diagnosis | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GIT & dysentry | 120 | 136 | 46 | 75 | 120 | 86 | 106 | 79 | 763 |
| 2 | UT diseases | 2 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | |
| 3 | Respiratory | 109 | 114 | 88 | 97 | 114 | 74 | 98 | 78 | 772 |
| 4 | Rheumatic fevers & | 1 | 0 | 0 | 1 | 0 | | | | 2 |
| 1 | Cardiac diseases | 4 | 3 | 2 | 2 | 3 | 1 | 1 | 0 | 16 |
| 2 | Tropical Diseases | | | | | | | | | |
| 3 | Malaria, Parasites etc | 3 | 4 | 3 | 1 | 2 | 2 | 3 | 2 | 20 |
| 4 | Fevers | 0 | 1 | 3 | 3 | 1 | 1 | | 0 | 11 |
| | Others | | | | | | | | | |
| | Total | | | | | | | | | 1597 |

## B) Reports of pediatrics unit:

| S.No | Diagnosis | Sept | Oct | Nov | Total |
|---|---|---|---|---|---|
| 1 | GIT & dysentry | 361 | 316 | 282 | 690 |
| 2 | UT diseases | 0 | 2 | 2 | 4 |
| 3 | Respiratory | 88 | 316 | 285 | 689 |
| 4 | Rheumatic fevers & | 0 | 1 | 1 | |
| 5 | Cardiac diseases | 0 | 1 | 5 | 14 |
| 6 | Tropical Diseases | 1 | 7 | 5 | |
| 7 | Malaria, Parasites etc | 0 | 0 | 0 | 10 |
| 8 | Fevers | 2 | 8 | 4 | 15 |
| 9 | Others | 1 | 4 | 4 | 9 |
| | Total | | | | 1415 |

# 1- Surgical Unit:

## B) Report of Moderate Operations :

| S. No | Diagnosis& Operation | Jan | Feb | Mar | Apr | May | Jun | Jul | Agu | Total |
|-------|---------------------|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1 | Skin graft | | | | 2 | 1 | 3 | 1 | 1 | 8 |
| 2 | Hydrocele | | 1 | | 2 | 1 | 2 | | 1 | 6 |
| 3 | Anal fistula | | | 1 | | 1 | | 1 | | 2 |
| 4 | Amputations | | 1 | | 1 | 1 | | 1 | | 4 |
| 5 | EXT. hemorrroidectomy | | | | | 1 | | 1 | | 2 |
| 6 | Cleft. lep | | | 1 | 1 | 1 | | | | 1 |
| 7 | Burn contracture | | | | | | | | | 2 |
| | Total | 0 | 1 | 2 | 6 | 6 | 5 | 3 | 2 | 25 |

## C) Report of Minor Operations

| Procedure | Jan | Feb | Mar | Apr | May | Jun | Jul | Agu | Total |
|---|---|---|---|---|---|---|---|---|---|
| M O T | 19 | 24 | 25 | 87 | 58 | 58 | 22 | 39 | 332 |

## 2) Gyn / Obs Unit:

The following report illustrate activities of GYN/OBS unit from January to Agust 1999 As follows

| Operations & Procedures | Jan | Feb | Mar | Apr | May | Jun | Jul | Agu | Total |
|---|---|---|---|---|---|---|---|---|---|
| Hysterectomy | | | 1 | | 2 | 1 | 2 | | 5 |
| Cesarian Section | 1 | 2 | 1 | | | | | | 5 |
| Normal delivery | 3 | 6 | 7 | 10 | 12 | 8 | 6 | 5 | 57 |
| Threaten abortions | | 1 | 1 | 1 | 2 | 1 | 3 | | 7 |
| D & C | 1 | | 3 | 3 | 1 | 2 | 4 | 2 | 16 |
| Episiotomy | | 1 | | | 1 | | | 1 | 3 |
| Ovarian cyst / removal | | | 1 | | | | 1 | | 2 |
| Miscellaneous procedures | | 2 | 4 | 10 | 9 | 13 | 6 | 3 | 47 |
| Total | 5 | 12 | 16 | 24 | 26 | 26 | 22 | 11 | 142 |



Hospital Attendance Report for the Period January to August



Activities of out patients depatment For the Period January to August 1999

Chlleren Clinic

Medical Clinic



Malaria Control Program - Report for the Period
January to August

Examined
Slides

" ve Slides