EXHIBIT 19

World Health Organization Report on
WAMY hospital in Chamkani,
dated August 23, 1999

# EMRO - MEMORANDUM

**From:** Dr. M. A. Jama  
WR, Afghanistan

**To:** Dr. Enam Abou Youssef  
DHS/WHO/EMRO

**Date:** 23/08/1999

**Our Ref.:** WRA. 08 / P139

**Attention:** Dr. M. EL-Nageh  
RA-LAB

Your ref.:  
Originator:

**Subject: Report on mission to Paktia Province.**

Please find attached copy of a mission report on Radiology services prepared by Mr Ali Shah Saidy WHO x-ray technician during his mission to Paktia province, Chamkani hospital from 02 to 06 August 1999.

With best regards

To:   Dr.M.A.Jama
      WR, Afghanistan

From: S.M.Ali Shah Saidy
      x-ray technician

Date: 12/08/1999

Sub:  <u>Report on mission to Paktia province of Afghanistan</u>

Please find attached a mission report on my visit to Chamkani provincial hospital from 02 to 06 August 1999 as requested by World Assembly of Muslim Youth NGO Peshawar.

With best regards

*[Handwritten annotations:]*
Ali Shah, Thank you for the good work done.
20-8-99

Please prepare a request for the supplies attached herewith.

CC: To WAMY

Report on mission to Paktia (Chamkani)
Provincial hospital

Objective of the mission:

- To assess and repair medical equipment's in Chamkani provincial hospital.
- To assess and repair medical equipment's in the warehouse of world Assembly of Muslim Youth NGO in Peshawar.
- To train an engineer on repair and maintenance of medical equipment's.

Discussion on capacity building:

Upon my arrival I had a meeting with Mr.M.Mustafa DG WAMY organization. I briefed him about the main purpose of my mission to Chamkani. I suggested him to introduce an engineer to share the work during my mission to Chamkani; I would train him on available equipment's in the hospital. After provision of simple technical tools he will be able to repair some minor defect of the equipment's.

Observation and activities:
The directors of WAMY organization introduced me an Engineer by the name of Naqibulla. I visited the warehouse of the organization, there was much old medical equipment's such as suction machines, portable x-ray machine, and sterilizer, Autoclave, centrifuge and etc that were used during Jihad time in some hospital inside the Afghanistan and recently those hospitals are completely closed.

On 03 August we left Peshawar for Paktia province. After arrival to the Chamkani hospital we had a meeting with Dr Rashid Director of the hospital. He appreciated the role of WHO in Afghanistan. The hospital has 70 beds, equipped with x-ray, Laboratory, Dental, Tuberculosis, Malaria, EPI and Surgical departments. But due to shortage of technical staff ( Engineer ) some medical equipment in each department was out of order. The following equipment's were repaired.

Operation room:
1. Repairing of a ceiling operation lamp
2. Repairing of a suction machine
3. Repairing of a portable operation lamp
4. Repairing of a Anasthesia machine

x-ray rooms:
1. Drawing plan of construction of a radiation protection wall in x-ray room.
2. Repairing of the collimator of the machine
3. Orientation of the technician to the maintenance and correct use of the machine.

Laboratory:
1. Repairing of microscope 2 sets
2. Repairing of centrifuge 2 sets

Center supply:
1. Repairing of an Autoclave

Dental clinic:
1. Repairing of water system of the dental machine
2. Repairing of a hand piece
3. Repairing the light of the machine

EPI center:
1. Testing of electrical part of a refrigerator

On 04 August we left Chamkani for Peshawar. In Peshawar office the warehouse was checked and the following equipment's were repaired.
1. suction machine 3 sets
2. portable x-ray machine (F10) 2 units
3. Centrifuge 1 unit

The following equipment's were tested:
1. X-ray machine SP 103
2. X-ray machine PX 30
3. Autoclave
4. Diathermy machine

Description:
The existing x-ray machine in Chamkani hospital is a 100 mA/100 kV with bucky table made in Siemens (PSX). The machine was in working condition. There were working two radiographers. Due to radiation a radiographer has developed skin diseases in his both hands. The issue was discussed with the director of the hospital and requested to construct a radiation protection wall in the x-ray room. Also suggested assigning of the affected radiographer a few months to administration work. The hospital is well organized and is operational, the staff is available. As I observed the hospital really need support of WHO in every field.

Recommendation:
1. Provision of tools for Engineer Naqibulla for repairing of medical equipment's
2. A three months training course in medical equipment's for the Engineer in Pakistan or abroad is recommended.

Requirements:
During visit of the hospital the requirements were noted and after arrival to Peshawar there were s discussed with the director of the organization Mr. Mustafa, He approved and the following parts were procured from the local market.

1. Centrifuge 1 unit
2. Empty bottle 2500 cc for suction machine 2 pieces
3. Bulb 12 V 55 Watt for dental unit 2 pieces
4. Bulb 24 Volts 50 watt for operation lamp 10 pieces
5. Bulb 6 volt 25 watt for microscope 4 pieces
6. X-ray cassette with high speed screen 14x17 inch 1 piece
7. X-ray film hanger size 15 x12   2 pieces
                          10x12   2 pieces
                          15x15   2 pieces
8. Pressure manometer for Autoclave 1 piece
9. Transformer 220/6 Volt for microscope 1 piece

The above mentioned parts were provided to the Engineer Naqibullah to send it to Chamkani hospital.

Finally I would like to thank Mr. Mustafa and director of Chamkani hospital and colleagues for their kind cooperation and I wish them success.

### List of instrument and tools for repairing and installation of medical equipments

| S. No | Description | Quantity |
|---|---|---|
| 1. | Screw driver flat | One set |
| 2. | Screw driver Philips head | One set |
| 3. | Screw driver blade size | One piece |
| 4. | Pliers flat electrician 200 mm | One piece |
| 5. | Pliers long nose insolated | One piece |
| 6. | Pliers cutter insolated | One piece |
| 7. | Wrench set Allen mm size | One set |
| 8. | Wrench set Allen inch size | One set |
| 9. | Wrench open end mm size | One set |
| 10. | Wrench adjustable 10" | One piece |
| 11. | Wrench pliers locking 200 mm | One piece |
| 12. | Tester Multi-meter | One piece |
| 13. | Socket wrench mm size | One set |
| 14. | Soldering Iron electrical 100 Watt | One piece |
| 15. | Soldering Iron electrical 16 Watt | One piece |
| 17. | Hammer setting head 200 gram | One piece |
| 18. | Saw hack Junior with spare blades | One piece |
| 19. | Tape measure, steel 2 m | One piece |
| 20. | Fine files | One set |
| 21. | Level carpenters plumb | One piece |
| 22. | Oilier | One piece |
| 23. | Paint brush | One piece |
| 24. | Soldering wire 1 Kg | 1 Kg |
| 25. | Punch and chisel | One set |
| 26. | Tool box metal | One piece |
| 27. | Vice hand 50 mm jaw | One piece |
| 28. | Pliers Arc joint 250 mm | One piece |
| 29. | Drill electric hammer 13 mm Cap 220 Volt | One piece |
| 30. | Blt drill twist Hss | One set |

# EXHIBIT 20

Respondents' Brief in
*Boumediene v. Bush, et al.*, p. 9


# EXHIBIT 20

Respondents' Brief in
*Boumediene v. Bush, et al.*, p. 9

```
─────────────────────────────────
MAHMOAD ABDAH, et al.            )
                                 )
        Petitioners,             )
                                 )
   v.                            )   Civil Action No. 04-CV-1254 (HHK)
                                 )
GEORGE W. BUSH,                  )
     President of the United States, )
     et al.,                     )
                                 )
        Respondents.             )
─────────────────────────────────
```

## RESPONSE TO PETITIONS FOR WRIT OF HABEAS CORPUS
## AND MOTION TO DISMISS OR FOR JUDGMENT AS A MATTER OF LAW
## AND MEMORANDUM IN SUPPORT

"The war power of the national government 'is the power to wage war successfully.'" Lichter v. United States, 334 U.S. 742, 767 n.9 (1948) (quoting Hughes, War Powers Under the Constitution, 42 A.B.A. Rep. 232, 238). Thus, the President has the authority to "employ [U.S. forces] in the manner he may deem most effectual to harass and conquer and subdue the enemy." Fleming v. Page, 50 U.S. (9 How.) 603, 615 (1850); see also Quirin, 317 U.S. at 28 ("An important incident to the conduct of war is the adoption of measures by the military command . . . to repel and defeat the enemy . . . ."). This power "is not limited to victories in the field, but carries with it the inherent power to guard against the immediate renewal of the conflict." In re Yamashita, 327 U.S. 1, 12 (1946).

It is axiomatic that this war power includes the power not only to use lethal force when necessary against enemy forces engaged in hostilities against the United States, but also to subdue and incapacitate the enemy by the lesser means of capturing and detaining individuals who are part of or support those enemy forces, or who have committed a belligerent act or directly supported hostilities. The "universal agreement and practice" under "the law of war" holds that lawful and unlawful combatants alike are "subject to capture and detention." Quirin, 317 U.S. at 30-31; see also Eisentrager, 339 U.S. at 786 ("This Court has characterized as 'well-established' the 'power of the military to exercise jurisdiction over members of the armed forces, those directly connected with such forces, . . . enemy belligerents, [and] prisoners of war.'") (quoting Duncan v. Kahanamoku, 327 U.S. 304, 313-14 (1946)); Moyer v. Peabody, 212 U.S. 78, 84-85 (1909) (holding that a state governor's power to call out troops to quash an insurrection means "that he may kill persons who resist and, of course, that he may use the milder measure of seizing the bodies of those whom he considers to stand in the way of restoring peace. Such arrests are . . . . by way of precaution to