EXHIBIT 30


Map of Sudan

