EXHIBIT 31

Photograph of interview of Dr. Sailani

