EXHIBIT 32

Photograph of Indira Ghandi Institute,
Dr. Sailani's current employer

