EXHIBIT 33

Photograph of Indira Ghandi Institute,
Dr. Sailani's current employer

انستیتوت صحت طفل اندرا گاندی
INDIRA GANDHI INSTITUTE OF CHILD HEALTH

