# EXHIBIT 34

## Photograph of Afghan Ministry of Labour and Social Affairs

