EXHIBIT 35


Photograph of Pakistan, Afghan border

