Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,** | CV 05-1009 JDB |
| Petitioner, | |
| v. | NOTICE OF FILING |
| **GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,** | |
| Respondents. | |

    Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby

notifies the Court that he has submitted to the Court Security Officer for review a Motion to Compel Classification Review.

    Respectfully submitted November 27, 2006.

                                          /s/ Steven T. Wax
                                          Steven T. Wax
                                          Federal Public Defender

                                          /s/ Patrick J. Ehlers
                                          Patrick J. Ehlers
                                          Assistant Federal Public Defender