Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>                              Petitioner,<br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>                              Respondents. | CV 05-1009 JDB<br><br>NOTICE OF FILING |

　　　　Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public

Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby

notifies the Court that on December 4, 2006, undersigned counsel submitted via Federal

Page 1    **NOTICE OF FILING**

Express next-day delivery to the Court for conventional filing the originals and one complete copy of the following DVD exhibits:

DVD Exhibit 1:    Summary Video Exhibit (introduction to the evidence: 16 minutes)

DVD Exhibit 7:    DVD Video Statements:
    7.1   Dr. Najib (Disc One Chap. 1.1)
    7.2   Dr. Sailani (Disc One Chap. 1.2)
    7.3   Dr. Roghman (Disc One Chap. 1.3)
    7.4   Hakim Nasiry (Disc One Chap. 1.4)

DVD Exhibit 8:    DVD Video Statements:
    8.1   Deputy Minister of Labor and Social Affairs Wasil Noor Murmand (Disc Two Chap. 2.1)
    8.2   Engineer Naquibudin (Disc Two Chap. 2.2)
    8.3   Engineer Ishmael (Disc Two Chap. 2.3)

DVD Exhibit 16:   Abu Hadifa's WAMY DVD of WAMY Hospital

On November 30, 2006, the U.S. Department of Justice notified counsel that the DVDs "do not contain classified or protected information."

Reference is made to Petitioner's Exhibit List (Attachment #1) filed on October 17, 2006, in which the DVDs are listed as exhibits to Petitioner's Motion for Summary Judgment and Expedited Hearing, Statement of Material Facts, and Memorandum of Points and Authorities (CR 59).

Respectfully submitted December 4, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender