IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADEL HASSAN HAMAD, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1009 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' OPPOSITION TO MOTION
TO COMPEL CLASSIFICATION REVIEW**

Petitioner's motion to compel classification review should be denied as moot.  The

materials at issue in the motion – four DVDs attached as Exhibits 1, 7, 8 & 16 to petitioner's

motion for summary judgment – have undergone classification review by the Department of

Defense and it has been determined that the DVDs do not contain classified information or

protected information, as defined by protective orders entered in this case, that would prevent

their filing on the public record.  On November 30, 2006, petitioner's counsel were informed of

the classification decision and, further, that the DVDs had been approved for filing on the public

record in this case.  See Exhibit 1.  For these reasons, petitioner's motion should be denied as

moot.

Dated: December 8, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents