# EXHIBIT 1

**Warden, Andrew (CIV)**

| | |
|---|---|
| **Subject:** | RE: GTMO Filings -- Hamad |

```
-----Original Message-----
From: Warden, Andrew (CIV)
Sent: Thursday, November 30, 2006 11:40 AM
To: 'Steve_Wax@fd.org'; 'Patrick_Ehlers@fd.org'
Cc: 'William_Teesdale@fd.org'; Campbell, Jennifer; 'Amy_Baggio@fd.org'
Subject: RE: GTMO Filings -- Hamad
```

Pat,

DoD has completed its classification review of the DVD exhibits (Exhibits 1, 7, 8 & 16). The DVDs do not contain classified or protected information. You may file them on the public record.

Let me know how you'd like to proceed in regards to your motion. Would you prefer to file a motion to withdraw or have us file a short response requesting that the motion be denied as moot?

Best regards,

Andrew