Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel: 503-326-2123
Fax: 503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel: 503-326-2123
Fax: 503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>                      **Petitioner,**<br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>                      **Respondents.** | CV 05-1009 JDB<br><br>PETITIONER'S REPLY TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL CLASSIFICATION REVIEW |

      Petitioner, Adel Hassan Hamad, through his attorneys, Steven T. Wax and Patrick J. Ehlers, hereby agrees that the classification issue of the exhibits has been resolved.

Page 1      **PETITIONER'S REPLY TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL CLASSIFICATION REVIEW**

Respectfully submitted this 7th day of December, 2006.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Assistant Federal Public Defender