Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| ADEL HASSAN HAMAD, | CV 05-1009 JDB |
|---|---|
| Petitioner, | |
| v. | NOTICE OF FILING |
| GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO, | |
| Respondents. | |

Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public

Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby

notifies the Court that he has submitted to the Court Security Officer for review a Reply to Respondents' Opposition to Petitioner's Renewed and Emergency Motion to Lift Stay.

Respectfully submitted February 22, 2007.

      /s/ Steven T. Wax
      Steven T. Wax
      Federal Public Defender

      /s/ Patrick J. Ehlers
      Patrick J. Ehlers
      Assistant Federal Public Defender