Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
Attorney for Petitioner

Patrick J. Ehlers, OSB #04118
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:   503-326-2123
Fax:   503-326-5524
patrick_ehlers@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HASSAN HAMAD,<br><br>　　　　　　Petitioner,<br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,<br><br>　　　　　　Respondents. | CV 05-1009 JDB<br><br>NOTICE OF FILING |

　　　Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public

Defender Steven T. Wax and Assistant Federal Public Defender Patrick J. Ehlers, hereby

notifies the Court that on April 19, 2007, undersigned counsel submitted via Federal

Page 1    **NOTICE OF FILING**

Express next-day delivery to the Court for conventional filing three copies of petitioner's Notice of Filing DTA Petition in the Circuit Court of Appeals and Alternative Request To Temporarily Hold Habeas Corpus Petition in Abeyance Pending Litigation Under the Detainee Treatment Act.

  Respectfully submitted April 23, 2007.

            /s/ Steven T. Wax
            Steven T. Wax
            Federal Public Defender

            /s/ Patrick J. Ehlers
            Patrick J. Ehlers
            Assistant Federal Public Defender