IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADEL HASSAN HAMAD, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1009 (JDB) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

## **RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO STAY AND ABEY**

Petitioner in the above-captioned case recently filed a "Notice Of Filing DTA Petition In The Circuit Court Of Appeals And Alternative Request To Temporarily Hold Habeas Corpus Petition In Abeyance Pending Litigation Under The Detainee Treatment Act." *See* dkt. nos. 83, 84. On April 19, 2007, respondents filed a motion to dismiss the proceedings in this case. *See* Respondents' Motion To Dismiss (dkt. no. 82). Respondents oppose petitioner's motion on the grounds set forth in their memorandum of law filed in support of their motion to dismiss, to which respondents respectfully refer the Court.

Dated: April 26, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/   Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents