Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org
**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,**<br><br>                              Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,**<br><br>                              Respondents. | CV 05-1009 JDB<br><br>**NOTICE OF APPEARANCE** |

Stephen R. Sady, Chief Deputy Federal Public Defender for the District of Oregon, hereby gives notice of his appearance in this Court on behalf of Petitioner Adel Hassan Hamad.

Respectfully submitted this 26th day of November, 2007.

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

NOTICE OF APPEARANCE