**Steven T. Wax, OSB #85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, Oregon 97204**
**Tel:   503-326-2123**
**Fax:   503-326-5524**
**steve_wax@fd.org**
**Attorneys for Petitioner**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,** | **CV 05-1009 JDB** |
| **Petitioner,** | |
| **v.** | **NOTICE OF APPEARANCE** |
| **GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,** | |
| **Respondents.** | |

Steven T. Wax, Federal Public Defender for the District of Oregon, hereby gives

notice of his appearance in this Court on behalf of Petitioner Adel Hassan Hamad.

Respectfully submitted this 30th day of June, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender