**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524

**Attorneys for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,** | CV 05-1009 JDB |
| Petitioner, | |
| v. | NOTICE OF FILING |
| **GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,** | |
| **Respondents.** | |

Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public Defender Steven T. Wax and Chief Deput Federal Public Defender Stephen R. Sady, hereby  notifies the Court that on June 30, 2008, undersigned counsel submitted via Federal Express next-day delivery to Charline A. DaSilva, Secuirty Specialist, petitioner's Motion to Lift Stay.  Upon notification of clearance from the CSO, this document will be

filed with the Court.

    Respectfully submitted July 7, 2008.

                                                                */s/ Steven T. Wax and Stephen R. Sady*
                                                                Steven T. Wax/Stephen R. Sady
                                                                Attorneys for Petitioner