**Steven T. Wax, OSB #85012**
**Federal Public Defender**
steve_wax@fd.org
**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524

**Attorneys for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADEL HASSAN HAMAD,**<br><br>                              **Petitioner,**<br>          v.<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, and BRICE GYURISKO,**<br><br>                              **Respondents.** | CV 05-1009 JDB<br><br>**NOTICE OF FILING** |

Petitioner Adel Hassan Hamad, through his attorneys of record, Federal Public Defender Steven T. Wax and Chief Deputy Federal Public Defender Stephen R. Sady,

hereby notifies the Court that he has submitted to the Court Security Officer for classification review a Status Report as directed in the Court's order of July 3, 2008.

Respectfully submitted July 14, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender