# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5331

September Term 2007

05cv01009

**Filed On:** August 28, 2008

Adel Hassan Hamad,

    Appellant

v.

George W. Bush, President of the United States, et al.,

    Appellees

**BEFORE:**   Tatel, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that the appeal be dismissed.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

              BY:   /s/
                    Tara Young
                    Deputy Clerk